# Exhibit A

AIPLA

# Report of the Economic Survey

## 2013

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org




# REPORT OF THE ECONOMIC SURVEY 2013

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

DAVID A. DIVINE, CHAIR
RICHARD W. GOLDSTEIN, VICE CHAIR

July 2013




910 Clopper Road, Suite 210N
Gaithersburg, Maryland 20878
TEL: (240) 268-1262
ARI@associationresearch.com

# AIPLA Law Practice Management 2013 Economic Survey Participants

We would like to thank those who helped put together and review this year's AIPLA Economic Survey:

**Dave Divine**: Lee & Hayes – Chair of LPM Committee
**Richard Goldstein**: Goldstein Patent Law – Vice Chair of LPM Committee

**Colleen Schaller**: Howson & Howson LLP – Chair of Economic Survey Subcommittee
**John Thuermer**: Squire Sanders – Vice Chair of Economic Survey Subcommittee

**Ashraf Abdul-Mohsen**: ARI
**Salvatore Anastasi**: – Barley Snyder
**Rhonda Bogart**: Lee & Hayes
**Meghan Donohoe**: AIPLA
**Neil Kardos**: Harrity & Harrity LLP
**Megan Kirkegaard**: ARI
**David Moreland**: Marks & Clerk
**Douglas Nemec**: Skadden, Arps, Slate, Meagher & Flom LLP
**Molly Weisblatt**: AIPLA

---

©2013 American Intellectual Property Law Association

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by an information storage and retrieval system, without permission in writing from the publisher.

Copies of this report are available from AIPLA at a cost of $45 per copy for members and $495 per copy for non-members.

American Intellectual Property Law Association
241 18th Street, South, Suite 700
Arlington VA 22202-3694
(703) 415-0780
www.aipla.org

# TABLE OF CONTENTS

INTRODUCTION .......... 1

DATA COLLECTION .......... 1

CHANGES TO THE SURVEY .......... 1

DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS .......... 2

RESPONDENT BACKGROUND .......... 4

IP BUDGET FOR CORPORATE PRACTITIONERS .......... 6

INCOME RECEIVED IN 2012 AND PROJECTED FOR 2013, BILLING RATES, AND BILLABLE HOURS .......... 7

SUMMARY OF SURVEY RESULTS BY PRACTICE TYPE .......... 11
- SOLO PRACTITIONER .......... 11
- PRIVATE FIRM, PARTNER .......... 14
- PRIVATE FIRM, ASSOCIATE .......... 17
- PRIVATE FIRM, OF COUNSEL .......... 20
- HEAD OF CORPORATE IP DEPARTMENT .......... 23
- CORPORATE IP DEPARTMENT, ATTORNEY .......... 24
- PRIVATE FIRM, PATENT AGENT .......... 25
- CORPORATE IP DEPARTMENT, PATENT AGENT .......... 26

TYPICAL CHARGES FOR IP LAW SERVICES .......... 27

TYPICAL TYPE OF FEE FOR IP LAW SERVICE CHARGES .......... 31

TYPICAL COSTS OF LITIGATION .......... 34

CHARACTERISTICS OF FIRMS .......... 42
- NUMBER AND TYPE OF ATTORNEYS .......... 42
- ASSOCIATE STARTING SALARY AND SUMMER MONTHLY PAY .......... 44
- SUPPORT STAFF AND SERVICES .......... 46
- BILLING RATES AND PRACTICES .......... 49
- LIABILITY INSURANCE .......... 52
- BUSINESS DEVELOPMENT .......... 52

STATISTICAL TABLES .......... APPENDIX A
- INDIVIDUAL DATA .......... I-1 TO I-192
- FIRM DATA .......... F-1 TO F-44

SURVEY INSTRUMENTS .......... APPENDIX B

## STATISTICAL TABLES

### INDIVIDUAL DATA

**All Respondents** ..... **I-1**
Background ..... I-1
Total Gross Income for 2012 from your primary practice (Q13) ..... I-3
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ..... I-3
Excluding 401(k)/403(b) retirement and savings plans, employer's 2012 contribution to all pension (defined benefit/defined contribution)/capital accumulation plans (Q15) ..... I-4
Expected total cash income for 2013 (Q16) ..... I-4
Non-cash income from the practice of law, not included in Q. 13 (e.g., from exercises of stock options, sales of stock grants, in-kind compensation) (Q17) ..... I-5
Hours spent per month training new associates or in-house counsel (Q21) ..... I-5
Full-time IP lawyers and patent agents at all locations (Q22) ..... I-6
Billable hours, Hours actually billed, Billing rate, Dollars billed (Q33, Q34, Q35, Q31) ..... I-8
Percent of services in 2012 that were billed (or will be billed) by type of basis (Q32) ..... I-8
Percentage of the total time spent in business development is 'your own time,' i.e., not during business hours (Q36) ..... I-9

**Solo Practitioner** ..... **I-11**
Background Information ..... I-11
Total Gross Income for 2012 from your primary practice (Q13) ..... I-12
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ..... I-13
Excluding 401(k)/403(b) retirement and savings plans, employer's 2012 contribution to all pension (defined benefit/defined contribution)/capital accumulation plans (Q15) ..... I-14
Expected total cash income for 2013 (Q16) ..... I-15
Percent of time devoted to IP areas, by Income Level (Q20) ..... I-16
New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ..... I-16
Percent of time devoted to types of work, by Income Level (Q18) ..... I-17
Billable hours recorded in 2012 (Q33) ..... I-18
Percent of billable hours actually billed to clients (hourly or any other basis) (Q34) ..... I-19
Average hourly billing rate in 2012 (Q35) ..... I-20
Percent of services in 2012 that were billed (or will be billed) by type of basis (Q32) ..... I-21
Dollar amount billed for legal services performed in 2012 (Q31) ..... I-22

**Private Firm, Partner** ..... **I-23**
Background Information ..... I-23
Total Gross Income for 2012 from your primary practice (Q13) ..... I-24
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ..... I-25
Excluding 401(k)/403(b) retirement and savings plans, employer's 2012 contribution to all pension (defined benefit/defined contribution)/capital accumulation plans (Q15) ..... I-26
Expected total cash income for 2013 (Q16) ..... I-27
Non-cash income from the practice of law, not included in Q. 13 (e.g., from exercises of stock options, sales of stock grants, in-kind compensation) (Q17) ..... I-28
Percent of time devoted to types of work, by Income Level (Q18) ..... I-29
Percent of time devoted to IP areas, by Income Level (Q20) ..... I-29
Hours spent per month training new associates or in-house counsel (Q21) ..... I-30
New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ..... I-31
Billable hours recorded in 2012 (Q33) ..... I-32
Percent of billable hours actually billed to clients (hourly or any other basis) (Q34) ..... I-33
Average hourly billing rate in 2012 (Q35) ..... I-34
Percent of services in 2012 that were billed (or will be billed) by type of basis (Q32) ..... I-35
Dollar amount billed for legal services performed in 2012 (Q31) ..... I-36

**Private Firm, Associate** ..... **I-37**
Background Information ..... I-37
Total Gross Income for 2012 from your primary practice (Q13) ..... I-38
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ..... I-39

Expected total cash income for 2013 (Q16) ........ I-40
Non-cash income from the practice of law, not included in Q. 13 (e.g., from exercises of stock options, sales of stock grants, in-kind compensation) (Q17) ........ I-41
Percent of time devoted to types of work, by Income Level (Q18) ........ I-42
Percent of time devoted to IP areas, by Income Level (Q20) ........ I-42
Hours spent per month training new associates or in-house counsel (Q21) ........ I-43
New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ........ I-44
For the first 10 years of experience, total gross income for 2012 (Q13) ........ I-45
Billable hours recorded in 2012 (Q33) ........ I-46
Percent of billable hours actually billed to clients (hourly or any other basis) (Q34) ........ I-47
Average hourly billing rate in 2012 (Q35) ........ I-48
For the first 10 years of experience, billable hours recorded in 2012 (Q33) ........ I-49
For the first 10 years of experience, average hourly billing rate in 2012 (Q35) ........ I-49
Percent of services in 2012 that were billed (or will be billed) by type of basis (Q32) ........ I-50
Dollar amount billed for legal services performed in 2012 (Q31) ........ I-51

**Private Firm, Of Counsel ........ I-52**
Background Information ........ I-52
Total Gross Income for 2012 from your primary practice (Q13) ........ I-53
Expected total cash income for 2013 (Q16) ........ I-54
Percent of time devoted to types of work, by Income Level (Q18) ........ I-55
Percent of time devoted to IP areas, by Income Level (Q20) ........ I-55
Hours spent per month training new associates or in-house counsel (Q21) ........ I-55
New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ........ I-56
Billable hours recorded in 2012 (Q33) ........ I-57
Percent of billable hours actually billed to clients (hourly or any other basis) (Q34) ........ I-58
Average hourly billing rate in 2012 (Q35) ........ I-59
Percent of services in 2012 that were billed (or will be billed) by type of basis (Q35) ........ I-60
Dollar amount billed for legal services performed in 2012 (Q31) ........ I-61

**Corporate IP Department, Head ........ I-62**
Background Information ........ I-62
Total Gross Income for 2012 from your primary practice (Q13) ........ I-63
Total Gross Income for 2012 by Number of Subordinates (Q13b) ........ I-64
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ........ I-65
Expected total cash income for 2013 (Q16) ........ I-66
Non-cash income from the practice of law, not included in Q. 13 (e.g., from exercises of stock options, sales of stock grants, in-kind compensation) (Q17) ........ I-67
Percent of time devoted to types of work, by Income Level (Q18) ........ I-68
Percent of time devoted to IP areas, by Income Level (Q20) ........ I-68
Hours spent per month training new associates or in-house counsel (Q21) ........ I-69
New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ........ I-70
Direct and indirect reports (Q24) ........ I-70
Percent of activities handled by in-house counsel other than liaison with outside counsel, by Income Level (Q25) ........ I-71
Annual gross revenues for company in 2012 (Q26) ........ I-72
Annual IP budget for company for 2012 (Q27) ........ I-73
Change in IP budget for company from 2011 to 2012 (Q28) ........ I-74
Technology focus of company or business unit (Q29) ........ I-74
Percent of annual corporate IP budget devoted to types of work, by Income Level (Q30) ........ I-75
Percent of annual corporate IP budget devoted to types of work, by Technology Focus of Company (Q30) ........ I-75

**Corporate IP Department, Attorney ........ I-76**
Background ........ I-76
Total Gross Income for 2012 from your primary practice (Q13) ........ I-77
Total Gross Income for 2012 by Number of Subordinates (Q13b) ........ I-78
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ........ I-79
Expected total cash income for 2013 (Q16) ........ I-80
Non-cash income from the practice of law, not included in Q. 13 (e.g., from exercises of stock options, sales of stock grants, in-kind compensation) (Q17) ........ I-81
Percent of time devoted to types of work, by Income Level (Q18) ........ I-82
Percent of time devoted to IP areas, by Income Level (Q20) ........ I-82
Hours spent per month training new associates or in-house counsel (Q21) ........ I-83

New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ........ I-84
Direct and indirect reports (Q24) ........ I-84

**Private Firm, Agent** ........ **I-85**
Background ........ I-85
Total Gross Income for 2012 from your primary practice (Q13) ........ I-86
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ........ I-87
Expected total cash income for 2013 (Q16) ........ I-88
New priority US and PCT Patent applications prepared and filed in 2012 (Q23) ........ I-89
Billable hours recorded in 2012 (Q33) ........ I-90
Percent of billable hours actually billed to clients (hourly or any other basis) (Q34) ........ I-91
Average hourly billing rate in 2012 (Q35) ........ I-92
Percent of services in 2012 that were billed (or will be billed) by type of basis (Q32) ........ I-93
Dollar amount billed for legal services performed in 2012 (Q31) ........ I-94

**Corporate IP Department, Agent** ........ **I-95**
Background ........ I-95
Total Gross Income for 2012 from your primary practice (Q13) ........ I-96
Total Gross Income for 2012 by Number of Subordinates (Q13b) ........ I-97
Employer's 2012 contribution to 401(k)/403(b) retirement and savings plans (Q14) ........ I-97
Expected total cash income for 2013 (Q16) ........ I-98
Direct and indirect reports (Q24) ........ I-98
Percent of activities handled by in-house counsel other than liaison with outside counsel, by Income Level (Q25) ........ I-99

**Typical Charges** ........ **I-100**
**Trademarks by Location**
Trademark Clearance Search, Analysis, and Opinion (Q37a) ........ I-100
Trademark Registration Application (Preparation and Filing) (Q37b) ........ I-100
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q37c) ........ I-100
Trademark Statement of Use (Preparation and Filing) (Q37d) ........ I-101
Trademark Appeal to the Board (Briefed and Argued) (Q37e) ........ I-101
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q37f) ........ I-101
Trademark Renewal Application (Preparation and Filing) (Q37g) ........ I-102
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q37h) ........ I-102
Filing for an International Trademark (Q37i) ........ I-102
Preparing a UDRP Petition (Q37j) ........ I-103
Responding to a UDRP Petition (Q37k) ........ I-103

**Trademarks by Type of Practice**
Trademark Clearance Search, Analysis, and Opinion (Q37a) ........ I-104
Trademark Registration Application (Preparation and Filing) (Q37b) ........ I-104
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q37c) ........ I-104
Trademark Statement of Use (Preparation and Filing) (Q37d) ........ I-105
Trademark Appeal to the Board (Briefed and Argued) (Q37e) ........ I-105
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q37f) ........ I-105
Trademark Renewal Application (Preparation and Filing) (Q37g) ........ I-106
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q37h) ........ I-106
Filing for an International Trademark (Q37i) ........ I-106
Preparing a UDRP Petition (Q37j) ........ I-107
Responding to a UDRP Petition (Q37k) ........ I-107

**US Utility Patents by Location**
Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal complexity (Preparation and Filing) (Q38a) ........ I-108
Provisional Patent Application (Preparation and Filing) (Q38b) ........ I-108
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q38c) ........ I-108
Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q38d) ........ I-109
Original utility application, relatively complex mechanical (Preparation and Filing) (Q38e) ........ I-109
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q38f) ........ I-109
Patent application amendment/argument, relatively complex, biotechnology/chemical (Preparation and Filing) (Q38g) ........ I-110
Patent application amendment/argument, relatively complex, electrical/computer (Preparation and Filing) (Q38h) ........ I-110

Patent application amendment/argument, relatively complex, mechanical (Preparation and Filing) (Q38i) .......... I-110
Appeal to Board in utility patent application without oral argument (Q38j) .......... I-111
Appeal to Board in utility patent application with oral argument (Q38k) .......... I-111
Issuing an allowed application (All post-allowance activity) (Q38l) .......... I-111
Ex parte re-exam (Q38m) .......... I-112
Paying a Maintenance Fee (Q38n) .......... I-112
Utility Patent Novelty Search, Analysis, and Opinion (Q38o) .......... I-112
Validity/Invalidity Only Opinion, per patent (Q38p) .......... I-113
Infringement/Non-Infringement Only Opinion, per patent (Q38q) .......... I-113
Combination Validity and Infringement, per patent (Q38r) .......... I-113

**US Utility Patents by Type of Practice**
Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal complexity (Preparation and Filing) (Q38a) .......... I-114
Provisional Patent Application (Preparation and Filing) (Q38b) .......... I-114
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q38c) .......... I-114
Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q38d) .......... I-115
Original utility application, relatively complex mechanical (Preparation and Filing) (Q38e) .......... I-115
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q38f) .......... I-115
Patent application amendment/argument, relatively complex, biotechnology/chemical (Preparation and Filing) (Q38g) .......... I-116
Patent application amendment/argument, relatively complex, electrical/computer (Preparation and Filing) (Q38h) .......... I-116
Patent application amendment/argument, relatively complex, mechanical (Preparation and Filing) (Q38i) .......... I-116
Appeal to Board in utility patent application without oral argument (Q38j) .......... I-117
Appeal to Board in utility patent application with oral argument (Q38k) .......... I-117
Issuing an allowed application (All post-allowance activity) (Q38l) .......... I-117
Ex parte re-exam (Q38m) .......... I-118
Paying a Maintenance Fee (Q38n) .......... I-118
Utility Patent Novelty Search, Analysis, and Opinion (Q38o) .......... I-118
Validity/Invalidity Only Opinion, per patent (Q38p) .......... I-119
Infringement/Non-Infringement Only Opinion, per patent (Q38q) .......... I-119
Combination Validity and Infringement, per patent (Q38r) .......... I-119

**Foreign Origin and Foreign Patents by Location**
Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers, assignment, and priority documents (Q39a) .......... I-120
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q39b) .......... I-120
Filing previously prepared US patent application as PCT application in US Receiving Office (Q39c) .......... I-120
Entering National Stage in US Receiving Office from foreign origin PCT application (Q39d) .......... I-121
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q39e) .......... I-121
Paying an annuity or maintenance fee (Q39f) .......... I-121

**Foreign Origin and Foreign Patents by Type of Practice**
Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers, assignment, and priority documents (Q39a) .......... I-122
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q39b) .......... I-122
Filing previously prepared US patent application as PCT application in US Receiving Office (Q39c) .......... I-122
Entering National Stage in US Receiving Office from foreign origin PCT application (Q39d) .......... I-123
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q39e) .......... I-123
Paying an annuity or maintenance fee (Q39f) .......... I-123

**US Design Patents, Plant Patents, and Copyrights by Location**
US design patent application (Preparation and Filing) (Q40a) .......... I-124
US plant patent application (Preparation and Filing) (Q40b) .......... I-124
Copyright registration application (Preparation and Filing) (Q40c) .......... I-124

**US Design Patents, Plant Patents, and Copyrights by Type of Practice**
US design patent application (Preparation and Filing) (Q40a) .......... I-125
US plant patent application (Preparation and Filing) (Q40b) .......... I-125
Copyright registration application (Preparation and Filing) (Q40c) .......... I-125

**Type of Fee Primarily Used**


Trademarks (Q37a-k) ........ I-126
US Utility Patents (Q38a-r) ........ I-127
Foreign Origin and Foreign Patents (Q39a-f) ........ I-128
Other US Patents and Copyrights (Q40a-c) ........ I-128

**Total Costs of Litigation ........ I-129**

**Litigation-Patent Infringement, All Varieties by Location**

Less than $1M at risk–End of Discovery (Q41Aa) ........ I-129
Less than $1M at risk–Inclusive, all costs (Q41Ab) ........ I-129
$1-$10M at risk–End of Discovery (Q41Ac) ........ I-129
$1-$10M at risk–Inclusive, all costs (Q41Ad) ........ I-130
$10-$25M at risk–End of Discovery (Q41Ae) ........ I-130
$10-$25M at risk–Inclusive, all costs (Q41Af) ........ I-130
$1-$25M at risk–End of Discovery (Q41Ac&e) ........ I-131
$1-$25M at risk–Inclusive, all costs (Q41Ad&f) ........ I-131
Greater than $25M at risk–End of Discovery (Q41Ag) ........ I-132
Greater than $25M at risk–Inclusive, all costs (Q41Ah) ........ I-132

**Litigation-Patent Infringement, All Varieties by Type of Practice**

Less than $1M at risk–End of Discovery (Q41Aa) ........ I-133
Less than $1M at risk–Inclusive, all costs (Q41Ab) ........ I-133
$1-$10M at risk–End of Discovery (Q41Ac) ........ I-133
$1-$10M at risk–Inclusive, all costs (Q41Ad) ........ I-134
$10-$25M at risk–End of Discovery (Q41Ae) ........ I-134
$10-$25M at risk–Inclusive, all costs (Q41Af) ........ I-134
$1-$25M at risk–End of Discovery (Q41Ac&e) ........ I-135
$1-$25M at risk–Inclusive, all costs (Q41Ad&f) ........ I-135
Greater than $25M at risk–End of Discovery (Q41Ag) ........ I-135
Greater than $25M at risk–Inclusive, all costs (Q41Ah) ........ I-136

**Litigation-Patent Infringement, Hatch-Waxman Act by Location**

Less than $1M at risk–End of Discovery (Q41Ba) ........ I-137
Less than $1M at risk–Inclusive, all costs (Q41Bb) ........ I-137
$1-$10M at risk–End of Discovery (Q41Bc) ........ I-137
$1-$10M at risk–Inclusive, all costs (Q41Bd) ........ I-138
$10-$25M at risk–End of Discovery (Q41Be) ........ I-138
$10-$25M at risk–Inclusive, all costs (Q41Bf) ........ I-138
$1-$25M at risk–End of Discovery (Q41Bc&e) ........ I-139
$1-$25M at risk–Inclusive, all costs (Q41Bd&f) ........ I-139
Greater than $25M at risk–End of Discovery (Q41Bg) ........ I-139
Greater than $25M at risk–Inclusive, all costs (Q41Bh) ........ I-140

**Litigation-Patent Infringement, Hatch-Waxman Act by Type of Practice**

Less than $1M at risk–End of Discovery (Q41Ba) ........ I-141
Less than $1M at risk–Inclusive, all costs (Q41Bb) ........ I-141
$1-$10M at risk–End of Discovery (Q41Bc) ........ I-141
$1-$10M at risk–Inclusive, all costs (Q41Bd) ........ I-142
$10-$25M at risk–End of Discovery (Q41Be) ........ I-142
$10-$25M at risk–Inclusive, all costs (Q41Bf) ........ I-142
$1-$25M at risk–End of Discovery (Q41Bc&e) ........ I-143
$1-$25M at risk–Inclusive, all costs (Q41Bd&f) ........ I-143
Greater than $25M at risk–End of Discovery (Q41Bg) ........ I-143
Greater than $25M at risk–Inclusive, all costs (Q41Bh) ........ I-144

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Location**

Less than $1M at risk–End of Discovery (Q41Ca) ........ I-145
Less than $1M at risk–Inclusive, all costs (Q41Cb) ........ I-145
$1-$10M at risk–End of Discovery (Q41Cc) ........ I-145
$1-$10M at risk–Inclusive, all costs (Q41Cd) ........ I-146
$10-$25M at risk–End of Discovery (Q41Ce) ........ I-146
$10-$25M at risk–Inclusive, all costs (Q41Cf) ........ I-146

$1-$25M at risk–End of Discovery (Q41Cc&e) ..... I-147
$1-$25M at risk–Inclusive, all costs (Q41Cd&f) ..... I-148
Greater than $25M at risk–End of Discovery (Q41Cg) ..... I-147
Greater than $25M at risk–Inclusive, all costs (Q41Ch) ..... I-148

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Type of Practice**
Less than $1M at risk–End of Discovery (Q41Ca) ..... I-149
Less than $1M at risk–Inclusive, all costs (Q41Cb) ..... I-149
$1-$10M at risk–End of Discovery (Q41Cc) ..... I-149
$1-$10M at risk–Inclusive, all costs (Q41Cd) ..... I-150
$10-$25M at risk–End of Discovery (Q41Ce) ..... I-150
$10-$25M at risk–Inclusive, all costs (Q41Cf) ..... I-150
$1-$25M at risk–End of Discovery (Q41Cc&e) ..... I-151
$1-$25M at risk–Inclusive, all costs (Q41Cd&f) ..... I-151
Greater than $25M at risk–End of Discovery (Q41Cg) ..... I-151
Greater than $25M at risk–Inclusive, all costs (Q41Ch) ..... I-152

**Litigation-Section 337 Patent Infringement by Location**
Less than $1M at risk–End of Discovery (Q41Da) ..... I-153
Less than $1M at risk–Inclusive, all costs (Q41Db) ..... I-153
$1-$10M at risk–End of Discovery (Q41Dc) ..... I-153
$1-$10M at risk–Inclusive, all costs (Q41Dd) ..... I-154
$10-$25M at risk–End of Discovery (Q41De) ..... I-154
$10-$25M at risk–Inclusive, all costs (Q41Df) ..... I-154
$1-$25M at risk–End of Discovery (Q41Dc&e) ..... I-155
$1-$25M at risk–Inclusive, all costs (Q41Dd&f) ..... I-155
Greater than $25M at risk–End of Discovery (Q41Dg) ..... I-155
Greater than $25M at risk–Inclusive, all costs (Q41Dh) ..... I-156

**Litigation-Section 337 Patent Infringement by Type of Practice**
Less than $1M at risk–End of Discovery (Q41Da) ..... I-157
Less than $1M at risk–Inclusive, all costs (Q41Db) ..... I-157
$1-$10M at risk–End of Discovery (Q41Dc) ..... I-157
$1-$10M at risk–Inclusive, all costs (Q41Dd) ..... I-158
$10-$25M at risk–End of Discovery (Q41De) ..... I-158
$10-$25M at risk–Inclusive, all costs (Q41Df) ..... I-158
$1-$25M at risk–End of Discovery (Q41Dc&e) ..... I-159
$1-$25M at risk–Inclusive, all costs (Q41Dd&f) ..... I-159
Greater than $25M at risk–End of Discovery (Q41Dg) ..... I-159
Greater than $25M at risk–Inclusive, all costs (Q41Dh) ..... I-160

**Litigation-Trademark Infringement by Location**
Less than $1M at risk–End of Discovery (Q42a) ..... I-161
Less than $1M at risk–Inclusive, all costs (Q42b) ..... I-161
$1-$10M at risk–End of Discovery (Q42c) ..... I-161
$1-$10M at risk–Inclusive, all costs (Q42d) ..... I-162
$10-$25M at risk–End of Discovery (Q42e) ..... I-162
$10-$25M at risk–Inclusive, all costs (Q42f) ..... I-162
$1-$25M at risk–End of Discovery (Q42c&e) ..... I-163
$1-$25M at risk–Inclusive, all costs (Q42d&f) ..... I-163
Greater than $25M at risk–End of Discovery (Q42g) ..... I-163
Greater than $25M at risk–Inclusive, all costs (Q42h) ..... I-164

**Litigation-Trademark Infringement by Type of Practice**
Less than $1M at risk–End of Discovery (Q42a) ..... I-165
Less than $1M at risk–Inclusive, all costs (Q42b) ..... I-165
$1-$10M at risk–End of Discovery (Q42c) ..... I-165
$1-$10M at risk–Inclusive, all costs (Q42d) ..... I-166
$10-$25M at risk–End of Discovery (Q42e) ..... I-166
$10-$25M at risk–Inclusive, all costs (Q42f) ..... I-166
$1-$25M at risk–End of Discovery (Q42c&e) ..... I-167
$1-$25M at risk–Inclusive, all costs (Q42d&f) ..... I-167

Greater than $25M at risk–End of Discovery (Q41Dg) ..... I-167
Greater than $25M at risk–Inclusive, all costs (Q41Dh) ..... I-168

**Litigation-Trademark Opposition/Cancellation by Location**
End of Discovery (Q43a) ..... I-169
Inclusive, all costs (Q43b) ..... I-169

**Litigation-Trademark Opposition/Cancellation by Type of Practice**
End of Discovery (Q43a) ..... I-170
Inclusive, all costs (Q43b) ..... I-170

**Litigation-Copyright Infringement by Location**
Less than $1M at risk–End of Discovery (Q44a) ..... I-171
Less than $1M at risk–Inclusive, all costs (Q44b) ..... I-171
$1-$10M at risk–End of Discovery (Q44c) ..... I-171
$1-$10M at risk–Inclusive, all costs (Q44d) ..... I-172
$10-$25M at risk–End of Discovery (Q44e) ..... I-172
$10-$25M at risk–Inclusive, all costs (Q44f) ..... I-172
$1-$25M at risk–End of Discovery (Q44c&e) ..... I-173
$1-$25M at risk–Inclusive, all costs (Q44d&f) ..... I-173
Greater than $25M at risk–End of Discovery (Q44g) ..... I-173
Greater than $25M at risk–Inclusive, all costs (Q44h) ..... I-174

**Litigation-Copyright Infringement by Type of Practice**
Less than $1M at risk–End of Discovery (Q44a) ..... I-175
Less than $1M at risk–Inclusive, all costs (Q44b) ..... I-175
$1-$10M at risk–End of Discovery (Q44c) ..... I-175
$1-$10M at risk–Inclusive, all costs (Q44d) ..... I-176
$10-$25M at risk–End of Discovery (Q44e) ..... I-176
$10-$25M at risk–Inclusive, all costs (Q44f) ..... I-176
$1-$25M at risk–End of Discovery (Q44c&e) ..... I-177
$1-$25M at risk–Inclusive, all costs (Q44d&f) ..... I-177
Greater than $25M at risk–End of Discovery (Q44g) ..... I-177
Greater than $25M at risk–Inclusive, all costs (Q44h) ..... I-178

**Litigation-Trade Secret Misappropriation by Location**
Less than $1M at risk–End of Discovery (Q45a) ..... I-179
Less than $1M at risk–Inclusive, all costs (Q45b) ..... I-179
$1-$10M at risk–End of Discovery (Q45c) ..... I-179
$1-$10M at risk–Inclusive, all costs (Q45d) ..... I-180
$10-$25M at risk–End of Discovery (Q45e) ..... I-180
$10-$25M at risk–Inclusive, all costs (Q45f) ..... I-180
$1-$25M at risk–End of Discovery (Q45c&e) ..... I-181
$1-$25M at risk–Inclusive, all costs (Q45d&f) ..... I-181
Greater than $25M at risk–End of Discovery (Q45g) ..... I-181
Greater than $25M at risk–Inclusive, all costs (Q45h) ..... I-182

**Litigation-Trade Secret Misappropriation by Type of Practice**
Less than $1M at risk–End of Discovery (Q45a) ..... I-183
Less than $1M at risk–Inclusive, all costs (Q45b) ..... I-183
$1-$10M at risk–End of Discovery (Q45c) ..... I-183
$1-$10M at risk–Inclusive, all costs (Q45d) ..... I-184
$10-$25M at risk–End of Discovery (Q45e) ..... I-184
$10-$25M at risk–Inclusive, all costs (Q45f) ..... I-184
$1-$25M at risk–End of Discovery (Q45c&e) ..... I-185
$1-$25M at risk–Inclusive, all costs (Q45d&f) ..... I-185
Greater than $25M at risk–End of Discovery (Q45g) ..... I-186
Greater than $25M at risk–Inclusive, all costs (Q45h) ..... I-186

**Litigation-Interference by Location**
End of Preliminary Motion (Q46a) ..... I-187
Inclusive, all costs (Q46b) ..... I-187

**Litigation-Interference by Type of Practice**


End of Preliminary Motion (Q46a) .......... I-188
Inclusive, all costs (Q46b).......... I-188


**Inter Partes Reexamination by Location**


Through filing the request (Q47a).......... I-189
Inclusive of a first patent owner response and 3rd party comments (Q47b) .......... I-189
Inclusive of all patent owner responses, 3rd party comments, and closing of prosecution (Q47c).......... I-189
Inclusive of an appeal to the board (Q47d).......... I-190
Inclusive of an appeal to the federal court(s) (Q47e).......... I-190


**Inter Partes Reexamination by Type of Practice**


Through filing the request (Q47a).......... I-191
Inclusive of a first patent owner response and 3rd party comments (Q47b) .......... I-191
Inclusive of all patent owner responses, 3rd party comments, and closing of prosecution (Q47c).......... I-191
Inclusive of an appeal to the board (Q47d).......... I-192
Inclusive of an appeal to the federal court(s) (Q47e).......... I-192


**FIRM DATA**


Background.......... F-1
Position of the person responding on behalf of the firm (Q1).......... F-2
Number of office locations in 2012 by size of firm (Q3-Q4) .......... F-3
Number of attorneys in the firm in 2012 by size of firm (Q5).......... F-4
Number of attorneys whose practice is primarily IP in the firm in 2012 by size of firm (Q6) .......... F-5
Number of agents and assistants involved primarily in the IP practice of the firm in 2012 by size of firm (Q7) .......... F-6
Number of attorneys whose practice is primarily IP law who joined the firm in 2012 by size of firm (Q8).......... F-7
Percentage of attorneys hired through a recruiter (head hunter) by size of firm (Q9) .......... F-8
Average fee paid to recruiter as a % of salary by size of firm (Q10) .......... F-8
Number of attorneys whose practice is primarily IP law who left the firm (including retired) in 2012 by size of firm (Q11) .......... F-9
Number of attorneys and agents, by gender and size of firm, whose practice is primarily IP law in the firm in 2012 (Q12) .......... F-10
Number of attorneys and agents, by ethnicity and size of firm, whose practice is primarily IP law in the firm in 2012 (Q13) .......... F-11
Distribution of support staff by size of firm in 2012 (Q14) .......... F-12
Number of support staff by size of firm in 2012 (Q14).......... F-12
Number of support staff per IP attorney by size of firm (Q14).......... F-13
Number of summer associates in 2012 (Q15-Q17).......... F-13
Monthly pay for summer associates by size of firm (Q18) .......... F-14
Percent of firm's activities outsourced to an external provider by size of firm (Q19-Q20) .......... F-14
Percent of firm's billings in IP law by size of firm (Q21-Q22).......... F-15
Allocation of firm's IP billings by size of firm and by type of work (Q23-Q24).......... F-16
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is 75% or more of practice (Q23-Q24).......... F-17
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is less than 75% of practice (Q23-Q24).......... F-18
Total 2012 billings for professional legal services (Q25).......... F-19
Total 2012 billings per attorney (Q25b).......... F-20
Firm collections, billings, overhead, and percent change in billings (Q26-Q30) .......... F-21
Minimum and maximum 2012 attorney billing rates for non-IP work (Q30a-Q30b).......... F-22
Average billing rate for non-IP work (Q30c) .......... F-23
Minimum and maximum 2012 attorney billing rates for IP work (Q31a-Q31b) .......... F-24
Average billing rate for IP work (Q31c).......... F-25
Current starting salary for a first-year associate (Q32).......... F-26
Average salary for a patent agent (Q33).......... F-27
Liability insurance coverage and deductible in 2012 (Q34-Q35) .......... F-28
Liability insurance cost per attorney in 2012 (Q36).......... F-29
Number of liability claims for IP matters made in the last five years (Q37) .......... F-29
Number of liability claims for IP matters made per attorney in the last five years (Q37) .......... F-30
Number of liability claims for IP matters made per IP attorney in the last five years (Q37) .......... F-30
Total dollar value of IP liability claims, including attorneys' fees, paid in the last five years by the insurer or directly by the firm (Q38-Q39) .......... F-30

Professional liability insurance underwriters used by firms (Q40) ........ F-31
Liability insurance cost per attorney in 2012 by insurance underwriter (Q40) ........ F-33
Percentage of lawyers at firm actively engaged in business development (Q41) ........ F-33
Firm has dedicated business development personnel (Q42) ........ F-34
Number of dedicated business development personnel in firm (Q43) ........ F-35
Who typically fields 'cold' inquiries (Q44) ........ F-36
Firm provides training to lawyers regarding business development (Q45) ........ F-37
Firm offers free consultation with an attorney to cold inquiries (Q46) ........ F-38
Percentage of new business coming from referrals from colleagues or clients (Q47A) ........ F-39
Percentage of new business coming from cold inquiries (Q47B) ........ F-40
Individuals rewarded by firm for new business brought in through business development (Q48) ........ F-41
Rewards for new business (Q49) ........ F-42
Percentage of billings lawyer is credited with if they receive an origination credit (Q50) ........ F-43
Length of time of origination credit (Q51) ........ F-44

### Litigation-Patent Infringement, All Varieties <$1M End of Discovery (000s) by Location (Q41Aa)

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 181 | 4 | 14 | 7 | 19 | 10 | 5 | 6 | 19 | 6 | 31 | 18 | 16 | 11 | 15 |
| Mean (Average) | $530 | $913 | $824 | $764 | $816 | $325 | $450 | $280 | $497 | $483 | $444 | $494 | $340 | $736 | $278 |
| First Quartile 25% | $200 | ISD | $175 | $300 | $300 | $188 | $250 | $78 | $200 | $238 | $200 | $200 | $213 | $300 | $150 |
| Median (Midpoint) | $350 | $1,000 | $425 | $350 | $500 | $200 | $400 | $250 | $300 | $450 | $300 | $375 | $350 | $500 | $250 |
| Third Quartile 75% | $500 | ISD | $1,550 | $1,000 | $1,000 | $413 | $675 | $438 | $500 | $763 | $500 | $525 | $438 | $800 | $400 |

### Litigation-Patent Infringement, All Varieties <$1M Inclusive, all costs (000s) by Location (Q41Ab)

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 177 | 4 | 15 | 7 | 19 | 10 | 6 | 6 | 17 | 4 | 31 | 18 | 15 | 11 | 14 |
| Mean (Average) | $968 | $1,450 | $1,455 | $1,157 | $1,309 | $608 | $650 | $387 | $909 | $825 | $852 | $908 | $565 | $1,825 | $595 |
| First Quartile 25% | $400 | ISD | $450 | $500 | $500 | $288 | $400 | $68 | $300 | ISD | $400 | $500 | $200 | $625 | $325 |
| Median (Midpoint) | $700 | $1,500 | $1,200 | $600 | $850 | $413 | $650 | $225 | $700 | $725 | $750 | $750 | $700 | $1,000 | $500 |
| Third Quartile 75% | $1,000 | ISD | $2,100 | $1,500 | $1,300 | $700 | $850 | $813 | $1,000 | ISD | $1,000 | $1,050 | $800 | $2,500 | $638 |

### Litigation-Patent Infringement, All Varieties $1-$10M End of Discovery (000s) by Location (Q41Ac)

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 201 | 4 | 15 | 7 | 22 | 14 | 5 | 6 | 21 | 10 | 29 | 21 | 14 | 13 | 20 |
| Mean (Average) | $1,229 | $1,613 | $1,707 | $993 | $1,522 | $982 | $940 | $983 | $1,114 | $2,085 | $833 | $1,214 | $971 | $1,773 | $983 |
| First Quartile 25% | $500 | ISD | $400 | $500 | $938 | $300 | $675 | $88 | $500 | $1,600 | $400 | $500 | $650 | $825 | $413 |
| Median (Midpoint) | $1,000 | $1,625 | $1,400 | $800 | $1,400 | $750 | $850 | $375 | $750 | $2,000 | $600 | $1,000 | $850 | $1,500 | $750 |
| Third Quartile 75% | $1,600 | ISD | $3,000 | $1,000 | $2,000 | $1,500 | $1,250 | $1,750 | $1,600 | $2,500 | $1,200 | $1,500 | $1,350 | $2,750 | $1,000 |

# Total Costs: Litigation-Patent Infringement, All Varieties by Location

## Litigation-Patent Infringement, All Varieties $1-$10M Inclusive, all costs (000s) by Location (Q41Ad)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 195 | 4 | 16 | 7 | 21 | 13 | 6 | 6 | 19 | 8 | 30 | 21 | 13 | 12 | 19 |
| Mean (Average) | $2,100 | $2,388 | $2,903 | $1,714 | $2,552 | $2,319 | $1,867 | $1,592 | $1,882 | $2,656 | $1,528 | $2,031 | $1,640 | $2,875 | $1,874 |
| First Quartile 25% | $1,000 | ISD | $1,000 | $850 | $1,900 | $500 | $1,425 | $163 | $1,000 | $2,325 | $588 | $1,200 | $900 | $1,350 | $1,000 |
| Median (Midpoint) | $2,000 | $2,500 | $2,800 | $1,700 | $2,500 | $1,300 | $1,750 | $875 | $1,500 | $2,500 | $1,150 | $2,000 | $1,500 | $2,050 | $1,800 |
| Third Quartile 75% | $2,700 | ISD | $4,750 | $2,000 | $3,000 | $3,000 | $2,250 | $3,125 | $2,500 | $2,938 | $2,500 | $2,500 | $2,100 | $4,875 | $2,500 |

## Litigation-Patent Infringement, All Varieties $10-$25M End of Discovery (000s) by Location (Q41Ae)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 178 | 6 | 16 | 7 | 20 | 9 | 5 | 5 | 18 | 9 | 25 | 19 | 13 | 14 | 12 |
| Mean (Average) | $2,192 | $2,808 | $2,444 | $1,761 | $2,756 | $1,639 | $2,660 | $1,215 | $2,247 | $3,500 | $1,266 | $2,332 | $2,365 | $2,568 | $1,504 |
| First Quartile 25% | $975 | $1,588 | $750 | $750 | $1,625 | $600 | $1,400 | $288 | $1,188 | $2,900 | $525 | $1,000 | $1,350 | $1,375 | $525 |
| Median (Midpoint) | $2,000 | $3,250 | $3,000 | $2,000 | $3,000 | $1,000 | $3,000 | $1,000 | $2,000 | $3,500 | $1,000 | $1,750 | $2,500 | $2,500 | $950 |
| Third Quartile 75% | $3,000 | $3,750 | $3,875 | $2,000 | $3,375 | $2,500 | $3,750 | $2,250 | $3,000 | $4,250 | $1,950 | $3,000 | $3,250 | $3,125 | $2,000 |

## Litigation-Patent Infringement, All Varieties $10-$25M Inclusive, all costs (000s) by Location (Q41Af)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 178 | 6 | 16 | 7 | 20 | 9 | 6 | 5 | 18 | 7 | 25 | 19 | 13 | 14 | 13 |
| Mean (Average) | $3,554 | $5,008 | $4,066 | $2,507 | $4,170 | $2,933 | $4,583 | $2,340 | $3,422 | $4,343 | $2,372 | $3,603 | $3,247 | $4,857 | $3,154 |
| First Quartile 25% | $2,000 | $3,150 | $1,688 | $1,000 | $3,000 | $875 | $3,500 | $850 | $2,000 | $4,000 | $900 | $2,000 | $1,425 | $2,250 | $1,550 |
| Median (Midpoint) | $3,325 | $4,725 | $4,000 | $2,500 | $4,000 | $2,000 | $4,250 | $2,000 | $3,375 | $4,000 | $2,200 | $2,500 | $3,500 | $4,500 | $3,000 |
| Third Quartile 75% | $5,000 | $7,000 | $5,800 | $3,000 | $5,000 | $4,500 | $5,750 | $4,000 | $4,500 | $4,500 | $3,250 | $4,000 | $4,750 | $8,125 | $4,500 |

# *Total Costs:* Litigation-Patent Infringement, All Varieties by Location

## *Litigation-Patent Infringement, All Varieties $1-$25M End of Discovery (000s) by Location (Q41Ac&e)*

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 216 | 6 | 18 | 7 | 23 | 14 | 6 | 7 | 21 | 10 | 30 | 22 | 16 | 16 | 20 |
| Mean (Average) | $1,680 | $2,567 | $2,015 | $1,377 | $2,122 | $1,186 | $1,946 | $1,363 | $1,554 | $2,698 | $1,036 | $1,789 | $1,575 | $2,213 | $1,218 |
| First Quartile 25% | $702 | $1,194 | $719 | $625 | $1,400 | $375 | $813 | $100 | $675 | $2,050 | $488 | $738 | $788 | $988 | $500 |
| Median (Midpoint) | $1,400 | $2,938 | $1,700 | $1,325 | $2,100 | $875 | $1,688 | $675 | $1,250 | $2,750 | $888 | $1,225 | $1,525 | $2,125 | $913 |
| Third Quartile 75% | $2,500 | $3,563 | $3,188 | $1,500 | $2,750 | $2,000 | $2,813 | $3,000 | $2,250 | $3,094 | $1,513 | $2,063 | $2,425 | $2,938 | $1,500 |

## Litigation-Patent Infringement, All Varieties $1-$25M Inclusive, all costs (000s) by Location (Q41Ad&f)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 211 | 6 | 19 | 7 | 22 | 13 | 7 | 7 | 19 | 8 | 31 | 22 | 15 | 15 | 20 |
| Mean (Average) | $2,831 | $4,633 | $3,449 | $2,111 | $3,380 | $2,373 | $3,421 | $2,245 | $2,574 | $3,353 | $1,937 | $2,857 | $2,451 | $3,935 | $2,504 |
| First Quartile 25% | $1,500 | $2,369 | $2,000 | $875 | $2,481 | $575 | $1,750 | $175 | $1,400 | $3,000 | $875 | $1,544 | $1,500 | $1,500 | $1,500 |
| Median (Midpoint) | $2,600 | $4,163 | $2,750 | $2,100 | $3,250 | $1,350 | $3,000 | $1,375 | $2,375 | $3,350 | $1,625 | $2,288 | $2,650 | $2,750 | $2,125 |
| Third Quartile 75% | $3,750 | $7,000 | $5,000 | $2,250 | $4,063 | $4,250 | $3,750 | $5,000 | $3,500 | $3,500 | $2,750 | $3,031 | $3,100 | $6,500 | $3,000 |

## Litigation-Patent Infringement, All Varieties >$25M End of Discovery (000s) by Location (Q41Ag)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 173 | 5 | 19 | 6 | 20 | 9 | 4 | 4 | 18 | 8 | 25 | 19 | 11 | 12 | 13 |
| Mean (Average) | $3,571 | $3,650 | $4,947 | $2,167 | $4,165 | $3,300 | $3,225 | $1,269 | $3,433 | $5,200 | $2,410 | $3,511 | $5,009 | $3,667 | $2,465 |
| First Quartile 25% | $1,500 | $1,875 | $2,000 | $575 | $3,000 | $1,000 | ISD | ISD | $2,313 | $3,625 | $925 | $1,250 | $3,000 | $2,000 | $775 |
| Median (Midpoint) | $3,000 | $4,500 | $4,500 | $1,450 | $4,250 | $3,000 | $3,500 | $1,000 | $3,000 | $4,050 | $2,000 | $3,000 | $5,500 | $3,250 | $2,000 |
| Third Quartile 75% | $5,000 | $5,000 | $6,500 | $4,250 | $5,000 | $5,000 | ISD | ISD | $4,813 | $7,500 | $3,750 | $5,000 | $6,000 | $5,000 | $4,750 |

# Total Costs: Litigation-Patent Infringement, All Varieties by Location

**Litigation-Patent Infringement, All Varieties >$25M Inclusive, all costs (000s) by Location (Q41Ah)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 176 | 6 | 18 | 7 | 21 | 9 | 4 | 4 | 18 | 6 | 25 | 20 | 11 | 12 | 15 |
| Mean (Average) | $5,911 | $6,833 | $7,361 | $9,386 | $5,929 | $5,856 | $5,375 | $3,063 | $5,025 | $7,083 | $4,622 | $5,663 | $7,045 | $6,792 | $4,623 |
| First Quartile 25% | $3,500 | $5,250 | $3,500 | $1,000 | $4,750 | $1,750 | ISD | ISD | $3,625 | $5,375 | $1,750 | $3,625 | $6,000 | $4,000 | $3,000 |
| Median (Midpoint) | $5,500 | $6,500 | $6,750 | $6,000 | $5,000 | $5,000 | $5,250 | $3,000 | $5,500 | $6,000 | $4,000 | $4,750 | $8,000 | $5,250 | $3,500 |
| Third Quartile 75% | $7,500 | $9,250 | $10,500 | $7,500 | $7,500 | $9,000 | ISD | ISD | $6,313 | $9,750 | $6,000 | $7,500 | $8,500 | $9,500 | $7,000 |