# Exhibit B
## (with accompanying Composite Exhibit 1 thereto)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60545-CIV-DIMITROULEAS

ULTIMATE COMBUSTION CO., INC.,
a Florida Corporation,

Plaintiff,

v.

FUECOTECH, INC., a Florida Corporation;
HELPFUL TECHNOLOGIES, INC, a Florida
Corporation, VICTOR GURIN, an individual,
and ROMAN PRESS, an individual,

Defendants.
_____/

## DECLARATION OF ALEXANDER D. BROWN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

I, ALEXANDER D. BROWN, pursuant to Local Rule 7.3, declare as follows:

1. I am an attorney with the law firm Tripp Scott, P.A., and was lead litigation attorney for the Plaintiff in the above-captioned litigation. All matters set forth in this declaration are based on my personal knowledge and on my review of Tripp Scott's business records, which records were made and kept in the ordinary course of business.

2. The information contained in this declaration, and the time records attached as Exhibits B-1 and B-2 to Plaintiff's Motion for Attorney Fees filed contemporaneously herewith, were produced from relevant computer records kept in the regular course of business by Tripp Scott. At all relevant times, it was the regular practice of Tripp Scott to make and keep these computer records. The records are based on information Tripp Scott's attorneys entered into the firm's computerized billing system contemporaneous with rendering the services described in the records.

3. According to these computer records, the total amount that Tripp Scott charged for its attorneys' and paralegals' services since we were engaged to investigate this matter and pursue enforcement proceedings, was $220,947.00. This breaks down as follows:

| TIMEKEEPER NAME | RATE/HOUR | HOURS | TOTAL |
|---|---|---|---|
| Jonathan Lewis, Esq. - Associate | $250 | 63.50 | $10,775.00 |
| Alexander Brown, Esq. - Director | $350 year 2012<br>$360 year 2013 | 436.90 | $146,228.97 |
| Lehrer, Ryan, Esq. - Associate | $235 | 5.20 | $1,222 |
| Cindy Buky - Paralegal | $175 year 2012<br>$180 year 2013 | 4.0 | $657.59 |
| Marilu Coffman - Paralegal | $135 | 36.40 | $1,864.40 |
| Carolina Vincent - Paralegal | $150 | 2.20 | $150.00 |
| Veronica Sarmiento - Paralegal | $140 | 5.63 | $713.92 |
| Ruth Patrick - Paralegal | $135 year 2013<br>$140 year 2013<br>$145 year 2014 | 323.20 | $37,045.76 |
| Seth Green - Law Clerk | $110 | 49.20 | 0 |
| Adam Goldman, Esq. - Associate | $215 year 2012<br>$230 year 2013 | 116 | $22,505.56 |
| Gruss, Karl - Law Clerk | $140 | 8.2 | 0 |
| Rubin, Josh - Law Clerk | $140 | 1. | 0 |
| Thomas White - Law Clerk | $140 | 2.5 | $350.00 |
| General Discount [1] | | | -$566.20 |

---

[1] This "general discount" references a write-off of an incorrect billing that is noted within Exhibit B-1, and, therefore, is included in the above chart. However, the total discounts afforded to Plaintiff by Tripp Scott, P.A. equals $13,973.50 through February 2014.

4. The figures above are also reflected in Exhibit B-1 and B-2 to Plaintiff's Motion for Attorney Fees filed contemporaneously herewith. I certify that these figures and those in the aforesaid Exhibits B-1 and B-2 are true, accurate, and correct.

5. The typical rates charged by me from 2012-2014, when representing clients in litigation ranged from $365-400. The typical rates for 2012-2014 for other litigation staff is as follows: director level attorneys: $365-450; associates: $235-360 and paralegals: $140-180. To accommodate the financial hardship of the Plaintiff, the billing rates at Tripp Scott were reduced to the lower level of the noted scales, as illustrated in the above-depicted chart. All of the typical rates charged by Tripp Scott reflect the rate based on the attorneys' and paralegals' skill, experience, and reputation. My background and qualification, as well as the background and qualifications for the other attorneys providing services in this case, are outlined in the biographical summaries attached as Composite Exhibit 1.

6. As it relates to the paralegals who worked on this litigation, all are seasoned paralegals, some serving in such role in excess of 10 years, and others in excess of 20 years.

7. The attorneys' fees set forth in this declaration and its exhibits are sums that Plaintiff has paid or is obligated to pay.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Dated this 14th day of March, 2014.

_____
Alexander D. Brown, Esq.
Tripp Scott, P.A.

**Composite Exhibit 1**

# [Alexander Brown]

*Director*
email: adb@trippscott.com

Practice Areas
General Complex Commercial Litigation
Intellectual Property Litigation
Appellate Practice

Alexander D. Brown, a director with Tripp Scott, focuses his practice on complex business litigation and intellectual property litigation. Brown is AV Rated according to the national lawyer rating service, Martindale-Hubbell. An AV rating is the highest available rating available to any individual lawyer. In 2009, 2010, 2011 and 2012, Brown was also identified to be among the Top Young Lawyers in Florida by the Florida Super Lawyers publication, and has also been recognized by his peers to be one of Florida's Legal Elite lawyers.

Brown has been involved with many cases as trial counsel where he has handled issues ranging from insurance coverage disputes to false advertising claims, federal Lanham Act claims, trade secret misappropriation claims, as well as trademark, copyright and patent infringement claims. Brown prosecuted a three-year long patent infringement litigation against The Home Depot U.S.A., Inc., where he successfully proved that The Home Depot engaged in willful patent infringement. The jury awarded the client $15 million following a nearly month long jury trial, followed by additional awards in the amount of $3 million in punitive damages, $2.8 million in attorneys' fees, and $3.1 million of prejudgment interest being imposed on top of the jury's verdict by the presiding federal district court judge. Ultimately, the case was appealed to the Federal Circuit Court of Appeal in Washington, D.C. where the trial court's decision and jury verdict were affirmed in all respects, and Home Depot was required to pay the entire verdict amount of nearly $25 million. *See Powell v. Home Depot*, US District Court, Southern District of Florida, Case No. 07-80435-CIV-Hurley/Hopkins.

Brown also prosecuted a trade secret misappropriation and copyright infringement claim against a large corporation where he successfully proved that the defendant companies intentionally misappropriated his clients' intellectual property. That case resulted in a $26 million jury award that included $10 million in punitive damages. This case was recognized in New York as the number one largest Intellectual Property litigation verdict in New York for 2011 and the number five verdict overall in 2011. This case was also noticed as one of the top 100 verdicts in the United States in 2011. *See Member Services v. Security Mutual,* United States District Court, Northern District of New York, Case No. 3:06-cv-01164 (TJM/DEP).



TRIPP SCOTT
EXPERIENCE YOU CAN TRUST

In addition to his trial work, Brown has handled several appellate cases. Brown's skills as an appellate lawyer emanate from his serving as a staff attorney for The Honorable Melanie G. May, a judge with Florida's Fourth District Court of Appeal. Prior to joining the firm, Brown served as law clerk for The Honorable Linnea R. Johnson, a Federal U.S. Magistrate Judge with the Southern District of Florida, and thereafter as a litigation clerk with the economic crimes section of the U.S. Attorney's Office in Miami.

Outside of his legal work, Brown remains an active member of the Broward County business community. Brown has been nominated to serve as a member of the board of directors for the Jim Moran Youth Automotive Training Center, a charity geared towards helping at-risk youth in the community. Brown also is involved with the Latin Chamber of Commerce and the Broward Bar Association, and is a member of the Knights of Columbus and Nativity Catholic Church Men's Club.

Brown holds a law degree, magna cum laude, from Nova Southeastern University, where he graduated in the top four percent of his class. During law school, he was the senior staff editor for Nova's Journal of International and Comparative Law, and served as the competitions coordinator for Nova's Moot Court Honor Society. In addition, Brown was the recipient of the Goodwin Scholar award, a full-academic scholarship awarded to those with high academic excellence and strong community involvement. He was also awarded first place for best oral advocate at the E. Earle Zehmer Moot Court Competition in 2002, and was nominated Best Individual Attorney at the William W. Daniel National Mock Trial Competition in 2002.

Brown holds a Bachelor of Science degree with a Major in Accounting, magna cum laude, from Barry University in Miami Shores, Fla.

Licensed to Practice
Florida
Georgia
U.S. District Court for the Northern District of Georgia
U.S. District Court for the Southern District of Florida
U.S. District Court for the Middle District of Florida
U.S. Court of Appeals, Eleventh Circuit
U.S. Court of Appeals, Federal Circuit



TRIPP SCOTT
EXPERIENCE YOU CAN TRUST

# [Jonathan Lewis]

*Associate*

email: **jbl@trippscott.com**

Jonathan Lewis, an associate with Tripp Scott, focuses his practice primarily on complex business litigation, with an emphasis on creditor's rights, employment litigation as well as aviation and maritime litigation.

Lewis has experience in a broad range of commercial matters in state, federal and appellate courts including overtime lawsuits, trade secret and patent litigation, lien foreclosures, business torts, insurance coverage disputes and the arrest and recovery of marine vessels subject to preferred ship mortgages. In addition, he frequently defends commercial clients and small business owners against suits alleging violations of consumer protection statutes such as the federal Fair Debt Collection Practices Act (FDCPA), the Florida Deceptive and Unfair Trade Practices Act (FDUTPA) and the Florida Consumer Collection Practices Act (FCCPA).

In addition Lewis represents a broad range of clients in the firm's aviation litigation department in matters ranging from Wrongful Death personal injury actions to aircraft lien foreclosures and other commercial disputes arising out of aircraft leasing and management agreements.

Active in the community, Lewis is a member of the Board of Directors for the Lighthouse of Broward, a non-profit organization serving visually impaired children, working age adults and elders throughout Broward County.

Lewis holds a law degree, magna cum laude, from Florida State University, where he was an Associate Editor of the Florida State Law Review and was elected to the prestigious Order of the Coif.

**Bar Admissions:**

Florida

U.S. District Court Southern District of Florida

U.S. District Court Middle District of Florida

U.S. District Court Northern District of Florida



**Representative Decisions:**
Pearson v. Caterpillar Financial Services Corp., *60 So.3d 1168 (Fla. 4th DCA 2011)4UOrtho, LLC v. Practice Partners, Inc.* 18 So.3d 41, 43 (Fla. 4th DCA., 2009) – Affirming trial court's injunction and enforcement of restrictive covenant which prohibited client's former employee from accepting employment with a competitor for two years following termination.

**Education:**
Florida State University College of Law, Tallahassee, Florida
*Honors:* Magna Cum Laude
Law Review: Florida State Law Review, Associate Editor

University of Central Florida
Bachelor's Degree
Major:  History



# [Ryan H. Lehrer]

Associate
email: rhl@trippscott.com

Ryan H. Lehrer, an associate with Tripp Scott, focuses his practice in the areas of complex commercial litigation, labor and employment law, and creditors' rights and bankruptcy. Lehrer represents clients in state and federal court at both the trial and appellate levels, as well as in various arbitral forums.

Prior to joining the firm, Lehrer was with HomerBonner, P.A. in Miami, Fla., where his practice focused on complex commercial litigation, including securities fraud, class actions, contract disputes, and intellectual property matters.

Lehrer holds a law degree from Georgetown University Law Center, where he served as the Managing Editor of the American Criminal Law Review. While in law school, Lehrer interned for the Honorable Donald M. Middlebrooks of the United States District Court for the Southern District of Florida. For his undergraduate studies, Lehrer attended the University of Florida and received a degree in finance. He was designated a Warrington Finance Scholar.

Lehrer participates in the Georgetown Law Network, University of Florida, and St. Thomas Aquinas High School alumni associations. He is a native of Ft. Lauderdale.

Bar Admissions
Florida
U.S. District Court for the Southern District of Florida
U.S. District Court for the Middle District of Florida

Education
Georgetown University Law Center, J.D. 2010
Journal: American Criminal Law Review, Managing Editor

University of Florida, B.S.B.A. Finance, cum laude, 2006
Honors: Warrington Finance Scholar



TRIPP SCOTT
EXPERIENCE YOU CAN TRUST

# [Adam Goldman]
*Associate*
email: asg@trippscott.com

Adam Goldman, an associate with Tripp Scott, focuses his practice in the area of intellectual property litigation.

Before joining the firm, Adam was an associate with a Miami-based civil litigation firm with a focus on complex corporate and business disputes. While in law school, Adam clerked with an intellectual property law firm in Miami, where he worked on a wide range of intellectual property matters.

Adam earned his law degree from the University of Miami School of Law, where he received the Dean's Certificate for Outstanding Performance in Research and Writing and holds a bachelor's degree in criminal justice and criminology from the University of Maryland.

In the summer prior to attending law school, Adam played a season of professional baseball in the Israel Baseball League, where he started at shortstop for the Petach Tikva Pioneers.

Bar Admissions:
Florida, New Jersey, Southern District of Florida



TRIPP SCOTT™
EXPERIENCE YOU CAN TRUST

# [Stephanie Toothaker]

*Director*

email: sjt@trippscott.com

Stephanie Toothaker is a director in the firm's land use, governmental relations and procurement practice. She is an accomplished attorney with more than 10 years of experience representing large corporations and companies seeking land development entitlements. Her specific expertise on these matters has focused on developments of regional impact, land use plan amendments, zoning modifications and site plan approvals.

Stephanie regularly represents clients before governmental entities such as the Broward County Commission, the Palm Beach County Commission, the City of Ft. Lauderdale and other municipalities within Broward County.

She is also a valuable resource for clients during the government procurement process. Stephanie assists with analyzing and understanding the procedures for requests for letters of interest, request for proposals, invitations to bid and request for qualifications. In addition to counseling them on drafting responses for these processes, she is capable of lobbying appropriate entities and offering client representation at hearings.

Her government experience also extends into the political arena where she served as special counsel to U.S. Senator Bob Graham. In 2004, she served on the Kerry-Edwards legal team, and more recently, Toothaker assisted as co-lead counsel for Broward County for the Obama-Biden legal team.

Among her achievements, Toothaker has represented a $50 million state-of-the-art dry stack marina, a $500 million hotel and condo-hotel redevelopment condominium, a 523,000 square foot commercial and industrial park in the Town of Davie and successfully drafted and lobbied for legislation which amended the Florida statutes to change the legal boundaries of Broward and Palm Beach Counties.

Prior to joining Tripp Scott, Toothaker was a partner with Ruden McClosky.

**Licensed to practice**

Florida



TRIPP SCOTT
EXPERIENCE YOU CAN TRUST