# Exhibit B – 2

Date: 03/06/2014          Detail Fee Transaction File List          Page: 1
Tripp Scott, P.A.

| Client | Trans Date | Tmkr | HP | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 36 Alex D. Brown** | | | | | | | | | |
| 999361.0001 | 02/05/2014 | 36 | P | 10 | 360.00 | 1.00 | 360.00 | Review of research re: recovery of attorneys' fees; review of draft motion for attorneys' fees.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 148 |
| 999361.0001 | 02/10/2014 | 36 | P | 10 | 360.00 | 7.00 | 2520.00 | Review of transcript from Contempt hearing; review of 088 Application paperwork; review/revise Supplemental Closing Brief to Contempt Motion.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 150 |
| 999361.0001 | 02/12/2014 | 36 | P | 10 | 360.00 | 3.00 | 1080.00 | Research re: recoverable costs and fees under Section 285 and court's inherent power to sanction; drafted portions of cost motion.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 151 |
| 999361.0001 | 02/13/2014 | 36 | P | 10 | 360.00 | 5.00 | 1800.00 | Finalized research and initial draft of Motion to Tax Costs.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 152 |
| 999361.0001 | 02/14/2014 | 36 | P | 10 | 360.00 | 2.00 | 720.00 | Review/revise Motion to Tax Costs; review research re: attorneys' fees; review of cost documentation; conf with REP re: compilation of cost records; tel conf with SDS re: drafts of motions.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 153 |
| 999361.0001 | 02/18/2014 | 36 | P | 10 | 360.00 | 2.50 | 900.00 | Review research; review cost records; review/revise/finalize motion to tax costs and corresponded with o/c re: meet and confer on same.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 154 |
| 999361.0001 | 02/20/2014 | 36 | P | 10 | 360.00 | 1.00 | 360.00 | Review/revise Verified Motion for Attorneys' Fees; tel conf with TCLG re: attorneys' fee motion.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 155 |
| 999361.0001 | 02/21/2014 | 36 | P | 10 | 360.00 | 5.00 | 1800.00 | Research issues re: motion for attorneys' fees; review and redact billing records to preserve atty/client confidences; review/revise motion for attorneys' fees; communication with opposing counsel re: same; finalized motion to tax costs and caused same to be filed.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 156 |
| 999361.0001 | 02/26/2014 | 36 | P | 10 | 360.00 | 4.00 | 1440.00 | Review of initial supp briefing; review of contempt hearing transcript; began to draft Reply to Defendants' Supp Brief; draft motion for ext of time and communications with o/c re: same.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 157 |
| 999361.0001 | 02/27/2014 | 36 | P | 10 | 360.00 | 5.00 | 1800.00 | Research and continued drafting of Reply Supp Briefing.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 158 |
| **Total for Timekeeper 36** | | | | | Billable | 35.50 | 12780.00 | Alex D. Brown | |
| **Timekeeper 451 Ruth E. Patrick** | | | | | | | | | |
| 999361.0001 | 02/04/2014 | 451 | P | 10 | 145.00 | 1.50 | 217.50 | Receive, review, calendar responsive dates, Plaintiff's Motion to Alter Final Judgment and Order on Final Judgement locate analyze and categorize documents and invoices representing all costs in this matter.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 143 |
| 999361.0001 | 02/11/2014 | 451 | P | 10 | 145.00 | 1.30 | 188.50 | prepare, convert, electronically file on USDC So FL CM/ECF Plaintiff's Summary Brief on Motion for Order to Show Cause in compliance with court order to brief the matter for Magistrate Snow. Save pleadings to cp and print court documents for pleading index folder.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 144 |
| 999361.0001 | 02/14/2014 | 451 | P | 10 | 145.00 | 5.20 | 754.00 | Revise & redraft bill of costs<br>revise and draft Plaintiff's Itemization of Costs<br>revise and edit Plaintiff's Verified Motion to Tax Costs<br>Locate, gather, verify, all exhibits related to costs. Contact vendor in attempt to get duplicate invoices for all charges relate to the matter where invoices are no longer available.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 145 |
| 999361.0001 | 02/18/2014 | 451 | P | 10 | 145.00 | 2.70 | 391.50 | Prepare, finalize, scan all Exhibits to Verified Motion to Tax Costs, Email to David Feingold for Meet and Confer requirement with request he contact A. Brown.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 146 |
| 999361.0001 | 02/21/2014 | 451 | P | 10 | 145.00 | 1.60 | 232.00 | Organize, review, prepare, scan each pleading and exhibit. | 149 |

Date: 03/06/2014                              **Detail Fee Transaction File List**                                Page: 2
                                                      Tripp Scott, P.A.

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Timekeeper 451 Ruth E. Patrick | | | | | | | | Electronically File Verified Motion to Tax Costs & Memorandum of Law on USDC Florida CM/ECF, upload each exhibit to the site. Save pleading and exhibits A - H to the matter and add to file, Email the pleadings and Exhibits A - J to Olga.<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | |
| **Total for Timekeeper 451** | | | | | Billable | 12.30 | 1783.50 | Ruth E. Patrick | |
| Timekeeper 675 Thomas P. White | | | | | | | | | |
| 999361.0001 | 02/13/2014 | 675 | P | 1 | 140.00 | 2.50 | 350.00 | Research on S.285 prevailing reasonable expenses<br>Staroselsky/Naum<br>Staroselsky/Ultimate v. Gurin | 147 |
| **Total for Timekeeper 675** | | | | | Billable | 2.50 | 350.00 | Thomas P. White | |
| **GRAND TOTALS** | | | | | Billable | 50.30 | 14913.50 | | |