# Exhibit C
(with accompanying Composite Exhibit 1 thereto)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60545-CIV-DIMITROULEAS/SNOW

ULTIMATE COMBUSTION
CO., INC., a Florida Corporation,

           Plaintiff,

v.

FUECOTECH, INC.,
a Florida Corporation; et. al.
_____/

## DECLARATION OF SCOTT SMILEY IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

I, Scott Smiley, pursuant to Local Rule 7.3, declare as follows:

1. I am an attorney with the law firm The Concept Law Group, P.A. ("TCLG") and was co-counsel and the patent attorney for the Plaintiff in the above-captioned litigation. All matters set forth in this declaration are based on my personal knowledge and on my review of TCLG's business records, which records were made and kept in the ordinary course of business.

2. The information contained in this declaration and the time records, attached as Exhibits C-1 and C-2 to Plaintiff's motion for attorneys' fees filed contemporaneously herewith, thereto were produced from relevant computer records kept in the regular course of business by TCLG. At all relevant times, it was the regular practice of TCLG to make and keep these computer records. The records are based on information TCLG's attorney entered into the firm's computerized billing system contemporaneous with rendering the services described in the records.

3. According to these computer records, the total amount that TCLG charged for its attorneys' and paralegals' services since May 22, 2012 we were engaged to investigate this matter and pursue enforcement proceedings, was $101,015.86. This breaks down as follows:

| TIMEKEEPER | RATE/HR | HOURS | TOTAL |
|---|---|---|---|
| Scott Smiley, Esq. | $250 | 178.59 | $44,648.19 |
| Mark Johnson, Esq. | $200-225 | 212.11 | $45,230.17 |
| Matthew Tucker, Esq. | $225 | 8.5 | $1,912.50 |
| Edmar Amaya, Esq. | $250-300 | 34.7 | $8,955.00 |
| Mark Woodruff | $120-150 | 1[1] | $270.00 |

4. The figures above are also reflected in Exhibits C-1 and C-2 to Plaintiff's Motion for Attorney Fees filed contemporaneous herewith. I certify that these figures and those in the aforesaid Exhibits C-1 and C-2 are true, accurate, and correct.

5. The typical rates charged by me, from 2012-2014, when representing clients in litigation range from $200-350. The typical rates for associates of TCLG—who are all registered patent attorneys with the USPTO—from 2012-2014, when representing clients in litigation, range from $175-350. All of the typical rates charged by TCLG reflect the rate based on the attorneys' and paralegal's skill, experience, and reputation. My background and qualification, as well as the background and qualifications for the other attorneys and paralegal providing services in this case, are outlined in the biographical summaries attached as Composite Exhibit 1.

---

[1] Includes a $150 flat fee entry.

6. The attorneys' fees set forth in this declaration and its exhibits are sums that Plaintiff has paid or is obligated to pay.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Dated this 14th day of March, 2014.

*/s/ Scott D. Smiley*
Scott D. Smiley, Esq.
The Concept Law Group, P.A.

# Composite Exhibit 1



f  y  in  8+

Call Us to Schedule a Free 30 Minute Consultation
Phone: (754) 300-1500
Email: info@conceptlaw.com

THE CONCEPT LAW GROUP, P.A.
PATENTS | COPYRIGHTS | TRADEMARKS

Home    People    Practice Areas    Fees    FAQ    Resources    Our Office

# Attorney Profiles

Home > Attorney Profiles

Scott Smiley
Mark Johnson
Markus Nolff
Yongae Jun



### Contact Me

Museum Plaza
200 South Andrews Avenue
Suite 100
Fort Lauderdale, FL 33301

Office: (754) 300-1500
Fax: (754) 300-1501

www.ConceptLaw.com
Scott@ConceptLaw.com







Super Lawyers
Scott D. Smiley

Scott Smiley is founder of The Concept Law Group, P.A. Scott is a Registered Patent Attorney, holds a degree in Electrical Engineering, and, in addition to his daily legal practice, teaches Patent Law at Nova Southeastern University's Law Center. Scott has been recognized as a "Rising Star" by Super Lawyers magazine and "Legal Elite" by Florida Trend magazine.

Scott assists clients with trademarks, copyrights, and patents in every technology area. For several years, he served as outside patent counsel to Motorola and IBM. Recently, Mr. Smiley served as special patent counsel in a three-year long patent infringement litigation against The Home Depot U.S.A., Inc., where the court ultimately ruled that The Home Depot engaged in willful patent infringement. As a result, Mr. Smiley's client was awarded nearly $25 million. The case was argued on appeal to the Court of Appeals for the Federal Circuit, located in Washington, D.C., where the trial court's decision and jury verdict were affirmed in all respects and Home Depot was required to pay the entire verdict amount.

Before entering the field of law, Scott, working as an electrical engineer, designed antennas for military and commercial aircraft communication systems. Notably, he redesigned a major portion of the tail section of the Harrier vertical take-off jet, which housed communication components that facilitate communication with other planes in the air as well as troops on the ground. Scott also designed magnetic components for a broad range of electronic devices, including Motorola pagers, IBM motherboards, the first shocking dog collar, and many others. For several years, Mr. Smiley also served as Professor of Engineering at a local South Florida college, where he taught courses on electrical engineering and computer programming.

For the past five years, Scott has served as the adjunct professor of patent law at Nova Southeastern University's Shepard Broad Law Center in Fort Lauderdale, FL, where he earned his law degree. While a student there, he served as Chief Advocate of the Moot Court Honor Society, Asst. Tech. Editor of the Journal of International and Comparative Law, Student Justice of the Honor Court, Student Prosecutor of the Honor Court, Student Defender of the Honor Court, Winner of Best Brief and Semi-Finalist for Oral Arguments at the E. Earle Zehmer Moot Court Competition, and was granted membership in the National Order of Barristers for "Exhibiting Excellence in Courtroom Advocacy."

Mr. Smiley has litigated cases involving issued patents and trademarks and has prosecuted patent applications in the fields of electrical circuits, electrical components, wireless communication systems, wireless communication devices, semiconductors, superconductors, fiber optics, computer hardware, assembly-line devices, medical devices, automobile devices, safety devices, building construction, mechanical devices, nuclear-power devices, alternative-power devices, chemical, pharmaceutical, computer networking, clothing, household products, and many more.

Mr. Smiley may be reached at Scott@ConceptLaw.com

| Award | Granting Organization | Date |
|---|---|---|
| Super Professor | FacultyRow.com | 2013 |
| Super Lawyer's Rising Star (Top 2.5% of all Florida Lawyers) | Super Lawyers | 2012 |
| Legal Elite (Top 2% of all Florida Lawyers) | Florida Trend Magazine | 2012 |
| Top Patent Prosecutors (limited to top 2% of registered U.S. patent attorneys) | PatentBuddy.com | 2012 |

| | | |
|---|---|---|
| Top Patent Prosecutors (limited to top 2% of registered U.S. patent attorneys) | PatentBuddy.com | 2011 |
| Super Lawyer's Rising Star (Top 2.5% of all Florida Lawyers) | Super Lawyers | 2011 |
| Super Lawyer's Rising Star (Top 2.5% of all Florida Lawyers) | Super Lawyers | 2010 |
| Legal Elite (Top 2% of all Florida Lawyers) | Florida Trend Magazine | 2010 |
| Legal Elite (Top 2% of all Florida Lawyers) | Florida Trend Magazine | 2009 |
| Super Lawyer's Rising Star (Top 2.5% of all Florida Lawyers) | Super Lawyers | 2009 |
| Membership in the National Order of Barristers | National Order of Barristers | 2003 |
| Best Brief Award | E. Earle Zehmer Moot Court Competition | 2002 |

Representative issued U.S. Patents naming Mr. Smiley as the prosecuting patent attorney:

1. MOBILE ROCKING PATIENT CHAIR AND METHOD OF USE, U.S. Pat. No. 8523214, September 3, 2013
2. CROWN MOULDING, U.S. Pat. No. 8516758, September 27, 2013
3. ERGOMETER FOR SKI TRAINING, U.S. Pat. No. 8517899, September 27, 2013
4. CLOG-PREVENTING VALVED CATHETER AND METHOD OF USING THE CATHETER, U.S. Pat. No. 8512291, September 20, 2013
5. AUTOMATIC GAIN CONTROL FOR BEAMFORMED SIGNALS, U.S. Pat. No. 8401507, March 19, 2013
6. VAPORIZER HEATING ASSEMBLY, U.S. Pat. No. D677,774, March 12, 2013
7. METHOD, DEVICE, AND SYSTEM FOR COMPLETING ON-LINE FINANCIAL TRANSACTIONS, U.S. Pat. No. 8271385, September 18, 2012
8. METHOD, DEVICE, AND SYSTEM FOR ANALYZING AND RANKING WEB-ACCESSIBLE DATA TARGETS, U.S. Pat. No. 8,219,456, July 10, 2012
9. NECKLACE, U.S. Pat. No. D661216, June 5, 2012
10. DATA-ENCODED LOTTERY TICKET SCRAPER AND METHOD OF USE, U.S. Pat. No. 8191773, June 5, 2012
11. VAPORIZER HEATING ASSEMBLY, U.S. Pat. No. D654160, February 14, 2012
12. METHOD, DEVICE, AND SYSTEM FOR ANALYZING AND RANKING WEB-ACCESSIBLE DATA TARGETS, U.S. Pat. No. 8,073,741, December 6, 2011
13. ORAL IRRIGATOR, U.S. Pat. No. D650071, December 6, 2011
14. CHAIR, U.S. Pat. No. D648564, November 15, 2011
15. CHAIR, U.S. Pat. No. D648561, November 15, 2011
16. STAIR, RAMP, OR BALCONY RAILING SYSTEM, U.S. Pat. No. 8056885, November 15, 2011
17. METHOD AND SYSTEM UTILIZING TRANSMIT LOCAL OSCILLATOR FOR IMPROVED CELL SEARCH AND MULTI-LINK COMMUNICATION IN MULTI-MODE DEVICE, U.S. Pat. No. 8055211, November 8, 2011
18. GAME TABLE ASSEMBLY, U.S. Pat. No. 8033924, October 11, 2011
19. BILLIARD TABLE AND RAIL CLOTH COVERING SYSTEM, U.S. Pat. No. 8025583, September 27, 2011
20. DEVICE AND METHOD FOR REDUCING OPTICAL BLURRING, U.S. Pat. No. 7933509, April 26, 2011
21. ROCKABLE EXERCISE APPARATUS, U.S. Pat. No. 7951056, May 31, 2011
22. GLOVES, U.S. Pat. No. D631227, January 25, 2011
23. ELECTRICAL COMPONENT AND PRODUCTION THEREOF, U.S. Pat. No. 7868448, January 11, 2011
24. IMAGE STABILIZATION IN A LASER-SCANNING BASED PROJECTOR, US PAT 7857460, December 28, 2010
25. LAPTOP BAG, US PAT D627164, November 16, 2010
26. SURGICAL CLIP APPLICATION ASSEMBLY, U.S. Pat. No. 7828811, November 09, 2010
27. METHODS FOR OPERATING A SELECTIVE STIFFENING CATHETER, U.S. Pat. No. 7771411, August 10, 2010
28. TEMPERATURE SENSOR AND METHOD FOR ITS PRODUCTION, U.S. Pat. No. 7746212, June 29, 2010
29. DEVICE AND METHOD FOR MANUFACTURING THE SAME, U.S. Pat. No. 7746213, June 29, 2010
30. PAIR OF GLOVES, U.S. Pat. No. D618430, June 29, 2010
31. PAIR OF GLOVES, U.S. Pat. No. D617976, June 22, 2010
32. GLOVES, U.S. Pat. No. D617530, June 15, 2010
33. PAIR OF TRIDENT GLOVES, U.S. Pat. No. D617527, June 15, 2010
34. PAIR OF GLOVES, U.S. Pat. No. D617528, June 15, 2010
35. PAIR OF GLOVES, U.S. Pat. No. D617529, June 15, 2010
36. GLOVE WITH TOMAHAWK, U.S. Pat. No. D617526, June 15, 2010
37. ORAL IRRIGATOR, U.S. Pat. No. D617444, June 08, 2010
38. TISSUE RETRACTOR AND METHOD FOR USING THE RETRACTOR, U.S. Pat. No. 7731655, June 08, 2010
39. FOLDED DIPOLE MULTI-BAND ANTENNA, U.S. Pat. No. 7724196, May 25, 2010
40. METHOD, DEVICE, AND SYSTEM FOR COMPLETING ON-LINE FINANCIAL TRANSACTION, U.S. Pat. No. 7720764, May 18, 2010
41. TATTOO APPLICATOR, U.S. Pat. No. D613864, April 13, 2010
42. DECORATIVE LAMP COVER, U.S. Pat. No. 7658516, February 09, 2010
43. PAIR OF GLOVES, U.S. Pat. No. D609428, February 09, 2010
44. MOUNTING DEVICE FOR MOUNTING A RETAINER MEANS FOR A BIOLOGICAL OBJECT AND CORRESPONDING METHOD FOR LASER MICRO-DISSECTION, U.S. Pat. No. 7651856, January 26, 2010

45. SYSTEMS AND METHODS FOR OFF-BOARD VOICE-AUTOMATED VEHICLE NAVIGATION, U.S. Pat. No. 7634357, December 15, 2009
46. POCKET SHUTTER, U.S. Pat. No. 7603819, October 20, 2009
47. METHOD FOR TREATING ABDOMINAL AORTIC ANEURYSMS USING A COMBINED LAPAROSCOPIC/OPEN AND ENDOVASCULAR TECHNIQUE, U.S. Pat. No. 7578839, August 25, 2009
48. ELECTRONIC KEY DEPTH SENSING DEVICE AND METHOD FOR INTERPRETING KEYSTROKE LEVELS OF THE DEVICE, U.S. Pat. No. 7572078, August 11, 2009
49. CATHETER WITH CONTROLLABLE STIFFNESS AND METHOD FOR OPERATING A SELECTIVE STIFFENING CATHETER, U.S. Pat. No. 7559916, July 14, 2009
50. KNIFE, U.S. Pat. No. D595544, July 07, 2009
51. DEVICE AND METHOD FOR MANUFACTURING THE SAME, U.S. Pat. No. 7537963, May 26, 2009
52. KEYPAD HAPTIC COMMUNICATION, U.S. Pat. Pub. No. 2009/0091479, April 9, 2009
53. PROCESS FOR MANUFACTURING AN ELECTROCHEMICAL CELL AND AN ELECTROCHEMICAL CELL, U.S. Pat. No. 7495889, February 24, 2009
54. FORCE SWITCH, U.S. Pat. No. 7479608, January 20, 2009
55. FACADE COVERING, U.S. Pat. No. 7454866, November 25, 2008
56. LOW-LOSS TRANSMITTER MODULE, U.S. Pat. No. 7454178, November 18, 2008
57. METHOD FOR PRODUCING BUMPS ON AN ELECTRICAL COMPONENT, U.S. Pat. No. 7449405, November 11, 2008
58. SURGICAL STAPLING AND CUTTING DEVICE WITH DUAL ACTUATING CONTROL KNOB, U.S. Pat. No. 7419080, September 02, 2008
59. STAND, U.S. Pat. No. D576168, September 02, 2008
60. COMPONENT WITH SENSITIVE COMPONENT STRUCTURES AND METHOD FOR THE PRODUCTION THEREOF, U.S. Pat. No. 7411291, August 12, 2008
61. SURGICAL STAPLING AND CUTTING DEVICE, U.S. Pat. No. 7404508, July 29, 2008
62. CATHETER FOR TREATMENT OF TOTAL OCCLUSIONS AND METHODS FOR MANUFACTURE AND USE OF THE CATHETER, U.S. Pat. No. 7399291, July 15, 2008
63. SYSTEMS AND METHODS FOR OFF-BOARD VOICE-AUTOMATED VEHICLE NAVIGATION, U.S. Pat. No. 7373248, May 13, 2008
64. TEST PATTERN AND METHOD OF EVALUATING THE TRANSFER PROPERTIES OF A TEST PATTERN, U.S. Pat. No. 7354684, April 08, 2008
65. KNIFE, U.S. Pat. No. D565359, April 01, 2008
66. WAVE SHIM AND METHOD OF SHIMMING, U.S. Pat. No. 7310916, December 25, 2007
67. MANICURE IMPLEMENT CASE, U.S. Pat. No. D557893, December 25, 2007
68. PHARMACEUTICAL COMPOSITIONS FOR TREATING AND SAVING AND THE METHOD FOR THE PREPARATION THEREOF, U.S. Pat. No. 7309502, December 18, 2007
69. SIGNAL SUPPORT ASSEMBLY, U.S. Pat. No. 7299765, November 27, 2007
70. CUTICLE SCISSORS, U.S. Pat. No. D554961, November 13, 2007
71. DENTAL X-RAY SYSTEM WITH ELECTRONIC SENSOR, U.S. Pat. No. 7278784, October 09, 2007
72. X-RAY APPARATUS WITH POSITIONING MEASURES, U.S. Pat. No. 7278787, October 09, 2007
73. ELECTROACOUSTIC COMPONENT AND METHOD FOR THE PRODUCTION THEREOF, U.S. Pat. No. 7262676, August 28, 2007
74. KNIFE HANDLE, U.S. Pat. No. US PAT D548543, August 14, 2007
75. LIGHTWEIGHT BUILDING COMPONENT, U.S. Pat. No. 7251919, August 07, 2007
76. CUTICLE NIPPER, U.S. Pat. No. D547905, July 31, 2007
77. CONFORMAL DRIVESHAFT COVER SATCOM ANTENNA, U.S. Pat. No. 7233295, June 19, 2007
78. WIRELESSLY DELIVERED OWNER'S MANUAL, U.S. Pat. No. 7219063, May 15, 2007
79. PORTABLE TELESCOPING LINE-OF-SIGHT ARRAY ANTENNA, U.S. Pat. No. 7102590, September 05, 2006
80. SINGLE CONNECTOR DUAL BAND ANTENNA WITH EMBEDDED DIPLEXER, U.S. Pat. No. 7098862, August 29, 2006
81. PORTABLE CO-LOCATED LOS AND SATCOM ANTENNA, U.S. Pat. No. 7019708, March 28, 2006
82. DEVICE AND METHOD FOR MEASURING THE LENGTH OF A FISH, U.S. Pat. No. 6959499, November 01, 2005

Representative Registered U.S. Trademarks prosecuted by Mr. Smiley:

1. P, TM Reg. No. 4346704, June 4, 2013
2. KPAQ INDUSTRIES, LLC, TM Reg. No. 4341963, May 28, 2013
3. ROCK & ROLL, TM Reg. No. 4343221, May 28, 2013
4. WAVE SHIM, TM Reg. No. 4330968, May 7, 2013
5. TRANSFORMING THE PLANET ONE WARRIOR AT A TIME, TM Reg. No. 4237534, November 6, 2012
6. GERM FREE, TM Reg. No. 4326084, April 23, 2013
7. BEAUTY BUMPS, TM Reg. No. 4325698, April 23, 2013
8. SALON SUPPLEMENTS, TM Reg. No. 4313865, April 2, 2013
9. PRE JEANS, TM Reg. No. 4302588, March 12, 2013
10. PRE JEANS, TM Reg. No. 4302587, March 12, 2013
11. MIVAPE, TM Reg. No. 4085131, January 10, 2012
12. VAPORGLASS, TM Reg. No. 4086486, January 17, 2012
13. VAPORSENSE, TM Reg. No. 4130510, April 24, 2012
14. AQUA VAPE, TM Reg. No. 4073091, December 20, 2011
15. VAPORSENSE, TM Reg. No. 4130510, April 24, 2012
16. MANGO MYSTIQUE, TM Reg. No. 4289799, February 12, 2013
17. FLEXTOUR, TM Reg. No. 4281439, January 29, 2013
18. HANDLE GRIP ADJUSTABLE LEASH SYSTEM, TM Reg. No. 4284138, January 29, 2013

19. BLISSBERRY, TM Reg. No. 4281395, January 29, 2013
20. GRAPE ESCAPE, TM Reg. No. 4266602, January 1, 2013
21. WE SEE OPPORTUNITIES DIFFERENTLY, TM Reg. No. 4260998, December 18, 2012
22. BUS LOOP, TM Reg. No. 4245652, November 20, 2012
23. MUSICIANS REVOLUTIONARY NETWORK, TM Reg. No. 4201685, September 4, 2012
24. SUNGODDESS, TM Reg. No. 4190087, August 14, 2012
25. SUNGODDESS, TM Reg. No. 4190057, August 14, 2012
26. SNEAKY PETE'S, TM Reg. No. 4197525, August 28, 2012
27. SNEAK A LITTLE GOODNESS INTO YOUR LIFE!, TM Reg. No. 4189841, August 14, 2012
28. SNEAKY PETE'S NATURALLY OATSTANDING BEVERAGE, TM Reg. No. 4189837, August 14, 2012
29. APPLES AWAY, TM Reg. No. 85411084, August 28, 2012
30. HAPPY PACK, TM Reg. No. 85409113, November 27, 2012
31. RASPBERRY BERET, TM Reg. No. 85409112, August 28, 2012
32. PEACH PERFECTION, TM Reg. No. 85409110, August 14, 2012
33. OATSTANDING, TM Reg. No. 85343777, July 3, 2012
34. I WANT MY CAR TOTALED, TM Reg. No. 85342021, March 27, 2012
35. SPORTGENIX, TM Reg. No. 85339392, June 19, 2012
36. VETGENIX, TM Reg. No. 85332885, March 27, 2012
37. VETGENIX, TM Reg. No. 85332843, March 27, 2012
38. W WESTCHESTER FINANCIAL GROUP, TM Reg. No. 85287600, November 1, 2011
39. VIVAPE, TM Reg. No. 85273307, January 24, 2012
40. 3000 BRIGADE, TM Reg. No. 85250754, October 11, 2011
41. BLISSBERRY, TM Reg. No. 85244305, February 28, 2012
42. BLISSBERRY, TM Reg. No. 85244276, October 30, 2012
43. IGARTER, TM Reg. No. 85129462, May 10, 2011
44. A PURRFECT NIGHT FOR A PAWTY, TM Reg. No. 85034713, January 4, 2011
45. IN. INCH WEAR, TM Reg. No. 85004411, August 9, 2011
46. HOW DO YOU MEASURE UP?, TM Reg. No. 4013350, August 16, 2011
47. ALLEGRO, TM Reg. No., July 19, 2011
48. DEAD BUG SOCIETY, TM Reg. No. 3193431, January 2, 2007
49. SEDONA FITNESS COMPANY, TM Reg. No. 3363434, January 1, 2008
50. AMERICAN BODYWORKS, TM Reg. No. 3361110, December 25, 2007
51. NANOJET, TM Reg. No., December 19, 2006
52. WAVE SHIM, TM Reg. No. 2974912, July 19, 2005
53. BRICK MARKERS, TM Reg. No. 3044543, January 17, 2006
54. VITRIX, TM Reg. No. 2925273, February 8, 2005
55. VITRALASE, TM Reg. No. 2920892, January 25, 2005
56. THE BLITZ, TM Reg. No. 2761693, September 9, 2003
57. THE INTERNET BOAT LOAN EXPERTS, TM Reg. No. 2946957, May 3, 2005
58. SMARTER TRASH, TM Reg. No. 4187202, August 7, 2012
59. SUN WARRIOR, TM Reg. No. 3771187, April 6, 2010
60. VAPORFECTION, TM Reg. No. 3701162, October 27, 2009
61. FREEWIRE, TM Reg. No. 3955830, May 3, 2011
62. 9", TM Reg. No. 3994644, July 12, 2011
63. 8", TM Reg. No. 3891331, December 14, 2010
64. 10"+, TM Reg. No. 3891329, December 14, 2010
65. 7", TM Reg. No. 3862081, October 12, 2010
66. 6", TM Reg. No. 891328 , December 14, 2010
67. NATUREBOY , TM Reg. No. 3881406, November 23, 2010
68. D DUKKY, TM Reg. No. 911779, January 25, 2011
69. DUKKY, TM Reg. No. 3911778 , January 25, 2011
70. FIT ZONE, TM Reg. No. 3708093 , November 10, 2009
71. CCU CONSTRUCTION CONCEPTS UNLIMITED, INC. INNOVATIVE PRODUCTS & SERVICES, TM Reg. No. 3789191, May 18, 2010
72. SUNGODDESS, TM Reg. No. 4099314, February 14, 2012
73. BRAINS 2, TM Reg. No. 3894884, December 21, 2010
74. MASTER SANG'S TNT, TM Reg. No. 3741943, January 26, 2010
75. MASTER SANG'S TNT MARTIAL ARTS SYSTEM BUILDING PERSONAL SUCCESS, TM Reg. No. 3783449, May 4, 2010
76. WINHER, TM Reg. No. 3825851, July 27, 2010
77. TALENT HOG, TM Reg. No. 3626365, May 26, 2009
78. AIRNAUTIC, TM Reg. No. 3640791, June 16, 2009
79. SUN WARRIOR, TM Reg. No. 3680900, September 8, 2009
80. ROAD RAGE JEWELRY, TM Reg. No. 3628524, May 26, 2009
81. CUBICLE CURTAIN FACTORY, TM Reg. No. 3578713, February 24, 2009
82. CUBICLE CURTAIN FACTORY, TM Reg. No. 3571382, February 10, 2009
83. SIMPLY 66, TM Reg. No. 3790622, May 18, 2010
84. CUBICLE CURTAIN FACTORY, TM Reg. No. 3574788, February 17, 200

85. THE ZOO HEALTH CLUB, TM Reg. No. 3526572, November 4, 2008
86. THE ZOO HEALTH CLUB, TM Reg. No. 3526571, November 4, 2008
87. BEAU RX, TM Reg. No. 3565464, January 20, 2009
88. LIBERTY FITNESS & WEIGHT LOSS, TM Reg. No. 3561987, January 13, 2009
89. SILOSPHERES, TM Reg. No. 3397772, March 18, 2008
90. AMERICAN BODYWORKS 24-7 FITNESS, TM Reg. No. 3413607, April 15, 2008
91. O7, TM Reg. No. 3444507, June 10, 2008
92. ZARYEL, TM Reg. No. 3740421, January 19, 2010
93. GEAR BY OWNER, TM Reg. No. 3295867, September 18, 2007
94. SOLD! GEAR BY OWNER 877-601-GEAR, TM Reg. No. 3465235, July 15, 2008
95. UBEXACT, TM Reg. No. 3379190, February 5, 2008
96. OCEAN7, TM Reg. No. 3419001, April 29, 2008
97. FIT FOR HER , TM Reg. No. 3031232, December 20, 2005
98. CR-6-S, TM Reg. No., March 22, 2005
99. CR-8-S, TM Reg. No. 2934512, March 22, 2005
100. FITZONE FOR WOMEN, TM Reg. No. 2957635, May 31, 2005
101. SHAPEXPRESS, TM Reg. No. 2842330, May 18, 2004

200 South Andrews Avenue Suite 100 Fort Lauderdale, FL 33301 || Office: 754.300.1500 || info@ConceptLaw.com
© The Concept Law Group, P.A., 2013, all rights reserved

Call Us to Schedule a Free 30 Minute Consultation
Phone: (754) 300-1500
Email: info@conceptlaw.com

THE CONCEPT LAW GROUP, P.A.
PATENTS | COPYRIGHTS | TRADEMARKS

Home | People | Practice Areas | Fees | FAQ | Resources | Our Office

# Attorney Profiles

Home > Attorney Profiles

Scott Smiley
Mark Johnson
Markus Nolff
Yongae Jun



### Contact Me

Museum Plaza
200 South Andrews Avenue
Suite 100
Fort Lauderdale, FL 33301

Office: (754) 300-1500
Fax: (754) 300-1501

www.ConceptLaw.com
MJohnson@ConceptLaw.com

Mark C. Johnson is a Registered Patent Attorney with the United States Patent and Trademark Office and a licensed attorney with the Florida Bar. Being a member of The Concept Law Group from its inception, Mark focuses and assists clients in the prosecution and litigation of Patents, Trademarks, Copyrights, and general Intellectual Property. Mark has prosecuted patent applications from technology areas ranging from software and electrical devices to simple and complex mechanical devices. In 2013, Mark was distinguished as being among Florida's Legal Elite, an award bestowed on only approximately 2% of Florida Bar members. Mark's professional memberships include the American Bar Association, the Broward County Bar Association, the Young Lawyers Division of the Florida Bar, and the American Society of Mechanical Engineers.

Born and raised in South Florida, Mark earned his Bachelor of Science degree in Mechanical Engineering from Florida Atlantic University. Mark graduated in the top 12% of his class and earned admittance into a nationally recognized engineering honors society. After graduation, Mark used his engineering background in a position in Materials Engineering with a publicly traded company in Hollywood Florida listed on the Forbes 200.

Mark attended law school at Nova Southeastern University's Shepard Broad Law Center. During law school, Mark completed an externship at Motorola, Inc., working under the Senior Patent Operations Counsel of its Patent Division. Mark also served as the Notes and Comments Editor on the Nova Law Review, and was the Treasurer of APALSA. Mark graduated in the top 10% of his class at Nova Southeastern graduating with his Juris Doctorate, Magna Cum Laude.

Before joining the Concept Law Group, Mark practiced personal injury, first party insurance, and general civil litigation. Mark has handled numerous civil cases, giving him experience ranging from pre-suit negotiating through trial verdict from a jury. Mark lives in Davie Florida with his wife Johanna and new daughter Chloe.

200 South Andrews Avenue Suite 100 Fort Lauderdale, FL 33301 || Office: 754.300.1500 || info@ConceptLaw.com
© The Concept Law Group, P.A., 2013, all rights reserved

Call Us to Schedule a Free 30 Minute Consultation
Phone: (754) 300-1500
Email: info@conceptlaw.com

THE CONCEPT LAW GROUP, P.A.
PATENTS | COPYRIGHTS | TRADEMARKS

Home     People     Practice Areas     Fees     FAQ     Resources     Our Office

# Edmar Amaya - Attorney

Home > Edmar Amaya - Attorney



**Contact Me**

Museum Plaza
200 South Andrews Avenue
Suite 100
Fort Lauderdale, FL 33301

Office: (754) 300-1500
Fax: (754) 300-1501

www.ConceptLaw.com
Eamaya@ConceptLaw.com

Mr. Amaya received his Juris Doctor (J.D.) and Master of Laws (LL.M.) degrees from University of New Hampshire, and the Franklin Pierce Center for Intellectual Property in Concord, New Hampshire. As part of his specialized legal education, Mr. Amaya was a student of e-law, and EU Commercial Law, at University College Cork School of Law, Cork, Ireland, and also of Chinese Commerce, and International IP Law at the prestigious Tsinghua University School of Law in Beijing, China. Mr. Amaya is fluent in Swedish and Spanish as well as English.

He also holds a Bachelor of Science in Mechanical Engineering (B.S.M.E.) from Florida International University where he researched in the areas of biomedical pressure sensitive devices for in-situ pressure measurement in aortic aneurysms mounted on flexible stents. Also, as an undergraduate, Mr. Amaya designed and manufactured thick film electronics, and was involved in the design and manufacturing of micro-pump and micro fluidic valves in LTCC for microelectronic cooling.

Edmar has real-world experience working for several years as an Engineer in Pennsylvania and New Jersey. Among the honors bestowed on Mr. Amaya as an engineer were nominations in 2003 for MIT's Technology Review magazine's "TR100 Contributions to Emerging Technologies" and ASME's "New Faces in Engineering" award. Mr. Amaya even holds several United States patents, including one for HeraLock®, which was selected as the number one Ceramic Interconnect Technology of 2002.

Edmar has drafted many patent applications in the areas of mechanical, chemical, and electrical engineering; in particular, in the fields of semiconductors and microelectronic packaging. His prior experience includes work as an engineer in such areas as light-emitting diode (LED) design, ceramic tapes, and thick-films for microelectronic manufacturing.

Mr. Amaya is admitted to practice in the Unites States Patent and Trademark Office, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of Florida, and the United States Court of Appeals for the Eleventh Circuit. He is also an active member of the American Intellectual Property Law Association,
Hispanic National Bar Association, American Bar Association - IP Section, Dade County Bar Association - IP section, and the International Microelectronics, American Society of Mechanical Engineers and International Microelectronics and Packaging Society (IMAPS).

SELECTED PUBLICATIONS AND CONFERENCES PAPERS
HeraLock 2000 Self Constrained LTCC Tape, American Ceramic Society's Ceramic Bulletin, Sept. 2002.

High Density LED Light Engines, Light Emitting Diodes 2003 The Strategic Summit for LEDs in Illumination October 16th 2003 - San Diego, CA.

Low Temperature Co-Fired Ceramics on Metal (LTCC-M) a Thermal Management Solution for High Power LED Arrays, IMAPS Advanced Technology Workshop (ATW) on Thermal Management for High-Performance Computing and Wireless Applications Microwave and LED Array Packaging October 19, 2003 - Palo Alto, CA.

Thermal Management Solutions to Solid State Lighting, Thermal Workshop at Strategies in Light 2004 February 2nd 2004 - San Mateo, CA.

200 South Andrews Avenue Suite 100 Fort Lauderdale, FL 33301 || Office: 754.300.1500 || info@ConceptLaw.com
© The Concept Law Group, P.A., 2013, all rights reserved

f  ▾  in  8+

Call Us to Schedule a Free 30 Minute Consultation
Phone: (754) 300-1500
Email: info@conceptlaw.com

THE CONCEPT LAW GROUP, P.A.
PATENTS | COPYRIGHTS | TRADEMARKS

Home    People    Practice Areas    Fees    FAQ    Resources    Our Office

# Mark Woodruff – Paralegal

Home > Mark Woodruff – Paralegal



### Contact Me

Museum Plaza
200 South Andrews Avenue
Suite 100
Fort Lauderdale, FL 33301

Office: (754) 300-1500
Fax: (754) 300-1501

www.ConceptLaw.com
MWoodruff@ConceptLaw.com

Mark Woodruff is an Advanced Certified Paralegal in Trademarks (ACP) and a Florida Registered Paralegal (FRP). He supports the firm's attorneys with the prosecution of patents, trademarks, and copyrights as well as litigation.

Prior to relocating to South Florida from New York, Mark enjoyed a long and distinguished career as a magazine editor and writer, including positions as Editor-in-Chief of Tennis Magazine and Senior Editor and Assistant Managing Editor of Rolling Stone. In his last year at Rolling Stone, the magazine was nominated for four National Magazine Awards and won two, for General Excellence (over 1,000,000 circulation) and Reporting. He was an active member of the American Society of Magazine Editors and was for many years listed in Who's Who in America.

Mark holds a Bachelor of Fine Arts degree from Virginia Commonwealth University's School of the Arts, ranked No. 1 in the country among public art programs and No. 4 overall by U.S. News & World Report. Mark did post-graduate work in philosophy and comparative literature at San Francisco State University and in legal studies at Florida Atlantic University.

200 South Andrews Avenue Suite 100 Fort Lauderdale, FL 33301 || Office: 754.300.1500 || info@ConceptLaw.com
© The Concept Law Group, P.A., 2013, all rights reserved