# Exhibit C - 2

3/5/2014
6:39 PM

The Concept Law Group, P.A.
Slip Listing

Page   1

### Selection Criteria

| Clie.Selection | Include: Tripp Scott.Ultimate Combust |
| Slip.Transaction Dat | 2/1/2014 - 3/4/2014 |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 9688<br>2/1/2014<br>Billed<br>Continue drafting/researching for Supplemental<br>Brief to Plaintiff's Motion for Order to Show Cause<br>(specifically researching case law/Fed<br>statutes/Code of Federal Regulations/Manual of<br>Patent Examining Procedures re: sanctions for Ct.<br>Order violations and remedy for same) | TIME<br><br>G:14087 | <br><br>2/7/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 4.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 960.00 |
| 9689<br>2/2/2014<br>Billed<br>Finalize drafting/researching for Supplemental Brief<br>to Plaintiff's Motion for Order to Show Cause<br>(specifically researching case law/Fed<br>statutes/Code of Federal Regulations/Manual of<br>Patent Examining Procedures re: sanctions for Ct.<br>Order violations and remedy for same); E-mail to<br>S. Smiley to review same | TIME<br><br>G:14087 | <br><br>2/7/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 5.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 1160.00 |
| 9693<br>2/3/2014<br>Billed<br>Receive and review Supplemental Brief for Order<br>to Show Cause hearing | TIME<br>10:09 AM<br>G:14087 | <br><br>2/7/2014 | S. Smiley<br>Receive and review<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 0.69<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 173.19 |
| 9774<br>2/8/2014<br>Billed<br>Continue drafting supplemental brief; finalize and<br>send same to A. Brown and M. Johnson for review | TIME<br><br>G:14156 | <br><br>3/4/2014 | S. Smiley<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 3.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 800.00 |
| 9852<br>2/13/2014<br>Billed<br>Draft/Revise/Review Verified Motion for Costs with<br>updated information and documents and E-mail to<br>S. Smiley | TIME<br>4:08 PM<br>G:14156 | <br><br>3/4/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 1.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 220.00 |
| 9880<br>2/17/2014<br>Billed<br>Continue drafting/revising Verified Motion for | TIME<br>1:36 PM<br>G:14156 | <br><br>3/4/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 4.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 940.00 |

| 3/5/2014 | The Concept Law Group, P.A. | | |
|---|---|---|---|
| 6:39 PM | Slip Listing | | Page        2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Attorneys' Fees and Costs and declarations and exhibits thereto; E-mail to S. Smiley for review | | | | | |
| 9903<br>2/18/2014<br>Billed<br>Continue drafting/revising the Verified Motion for Attorneys' Fees and Costs and declarations and exhibits thereto; E-mail to S. Smiley for review | TIME<br>5:39 PM<br>G:14156                   3/4/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 1.90<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 380.00 |
| 9917<br>2/19/2014<br>Billed<br>Finalize drafting/revising the Verified Motion for Attorneys' Fees and Costs and exhibits thereto; E-mail to S. Smiley for review; Receive and review e-mails from A. Brown and S. Smiley re: same; read/analyze timeslips entries for privileged/protected information and makes notes from same; meeting with S. Smiley re: same | TIME<br>6:24 PM<br>G:14156                   3/4/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 7.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 1420.00 |
| 9925<br>2/20/2014<br>Billed<br>In-office meeting with S. Smiley re: Mtn for Attorneys' Fees; Telephone conference with A. Brown re: same; redact and review timesheets | TIME<br><br>G:14156                   3/4/2014 | M. Johnson<br>Meeting<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 140.00 |
| 9930<br>2/20/2014<br>Billed<br>In-office meeting with M. Johnson re: Mtn. for Attorneys' Fees; telephone conference with A. Brown re: same; review motion for Attorneys' fees and send same to A. Brown | TIME<br><br>G:14156                   3/4/2014 | S. Smiley<br>Meeting<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 1.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 375.00 |
| 9940<br>2/20/2014<br>Billed<br>Continue revising/drafting Motion for Attorneys' Fees based on comments from A. Brown | TIME<br>4:29 PM<br>G:14156                   3/4/2014 | M. Johnson<br>Draft/revise<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 1.01<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 202.67 |
| 10006<br>2/26/2014<br>Billed<br>Receive and review e-mail from A. Brown re: UCC case update | TIME<br><br>G:14156                   3/4/2014 | M. Johnson<br>Communication/FIRM<br>Tripp Scott.Ultimate Co<br>I. UCC v. Gurin | 0.10<br>0.10<br>0.00<br>0.00 | 200.00<br>T@1<br>No Charge | 20.00 |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 32.50 | | 6770.86 |
| | | Unbillable | 0.10 | | 20.00 |
| | | Total | 32.60 | | 6790.86 |