UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60545-CV-DIMITROULEAS/SNOW

ULTIMATE COMBUSTION CO., INC.

     Plaintiff,

vs.

FUECOTECH, INC., HELPFUL
TECHNOLOGIES, INC., VICTOR GURIN,
and ROMAN PRESS,

     Defendants.
_____/

## ORDER GRANTING IN PART MOTION FOR RECONSIDERATION

THIS CAUSE is before the Court on Plaintiff's Motion for Reconsideration of the Order Adopting Report and Recommendation of Magistrate Judge on Motion for Sanctions (the "Motion") [DE 156], filed herein on June 16, 2016.  The Court has carefully considered the Motion [DE 156], the Response [DE 158], and the Reply [DE 159] and is otherwise fully advised in the premises.

Upon reconsideration of the Order Adopting Report of Magistrate Judge (the "Order") [DE 157], the Court will amend certain aspects the Order [DE 157] but reaches the same holdings that the Report [DE 147] is adopted and approved, that the Objections [DE 150] are overruled, and that the request for a finding of contempt and sanctions should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Motion [DE 156] is hereby **GRANTED IN PART**; and

2.    The Court shall issue a separate Amended Order Adopting Report of Magistrate Judge.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record